**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X

In re:

    ROCKYOU, INC.

    Chapter 7 Debtor

Case No. 19-10453-scc

Chapter 7

-----------------------------------------------------------------------X

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE PURSUANT TO**
**Fed. R. Bankr. P. 2002**

**PLEASE TAKE NOTICE**, that the undersigned hereby enters his appearance on behalf of the interested party, SURVATA INC., and requests, that

1. All notices given or required to be given in this case, and

2. All pleadings and correspondence served or required to be served in this case

Regarding SURVATA INC., should be directed to the following address:

**SCOTT J. GOLDSTEIN, ESQ.**
**LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC**
**280 WEST MAIN STREET**
**DENVILLE, NEW JERSEY 07834**

    PLEASE TAKE FUTHER NOTICE that this request encompasses all notices, copies, and pleadings referred to the United States Bankruptcy Code and Rules, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications and any other documents brought before the Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph,

facsimile, electronic means, or otherwise which affects or seeks to affect the interests of the SURVATA INC. or is otherwise filed in this action.

  PLEASE TAKE FURTHER NOTICE that nothing in this Notice shall relieve any party in this action from service of process in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of the United States Bankruptcy Court for the Southern District of New York or any other requirements of law.

|  |  |
|---|---|
|  | LAW OFFICES OF SCOTT J. GOLDSTEIN, LLC |
| Dated: March 6, 2019  By: | /s/ Scott J. Goldstein |
|  | Scott J. Goldstein (016472004) |
|  | Attorney for Survata Inc. |
|  | Law Offices of Scott J. Goldstein, LLC |
|  | 280 West Main Street |
|  | Denville, New Jersey 07834 |
|  | Tel: (973) 453-2838 |
|  | Fax: (973) 453-2869 |