REICH REICH & REICH, P.C.
Attorneys for Digital 365 Main, LLC &
Digital Realty Trust, LP
235 Main Street, Suite 450
White Plains, New York 10601
(914) 949-2126
Nicholas A. Pasalides Esq.
npasalides@reichpc.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

                                          Chapter 7
    RockYou, Inc.,                            Case No. 19-10453(SEC)

                      Debtor.
-----------------------------------------------------------------X

### NOTICE OF APPEARANCE AND REQUEST FOR
### NOTICE PURSUANT TO BANKRUPTCY RULE 9010

**PLEASE TAKE NOTICE** that the undersigned appear for Digital 365 Main, LLC and Digital Realty Trust, LP, Creditors.

**REQUEST IS HEREBY MADE,** pursuant to Bankruptcy Rule, that all notices to which Digital 365 Main, LLC and Digital Realty Trust, LP are entitled (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and all notices mailed to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) shall be directed to the undersigned.

**REQUEST IS HEREBY FURTHER MADE** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading,

1

request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraphs, telex or otherwise, that affect the above-captioned Debtor or the property of such Debtor's estate.

Dated: White Plains, New York
March 18, 2019

/s/Nicholas A. Pasalides
Nicholas A. Pasalides, Esq.
REICH REICH & REICH, P.C.
Attorneys for Digital 365 Main, LLC &
Digital Realty Trust, LP
235 Main Street, Suite 450
White Plains, NY 10601
(914) 949-2126
npasalides@reichpc.com

To: United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

McGuire Woods LLP
Attorneys for Debtor
1251 Avenue of the Americas, 20th Floor
New York, NY 10020
Attn: Nathan S. Greenberg, Esq.