| |
|---|
| **MCDERMOTT WILL & EMERY LLP**<br>Darren Azman<br>Ravi Vohra<br>340 Madison Avenue<br>New York, New York 10173<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444<br><br>*Counsel to CL Media Holdings LLC* |
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** |

| | |
|---|---|
| In re:<br><br>ROCK YOU, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 19-10453 (SCC) |

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF ALL PLEADINGS AND DOCUMENTS

**PLEASE TAKE NOTICE** that, pursuant to Sections 102(1), 342, and 1109(b) of the United States Bankruptcy Code (the "Bankruptcy Code"), Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), McDermott Will & Emery LLP appears in the above-captioned Chapter 7 Case (the "Chapter 7 Case"), on behalf of CL Media Holdings LLC ("CL Media"). The undersigned requests that all notices given or required to be given and all documents served or required to be served in the above-captioned case be given and served upon:

> Darren Azman, Esq.
> Ravi Vohra, Esq.
> **MCDERMOTT WILL & EMERY LLP**
> 340 Madison Avenue
> New York, New York 10173
> Telephone: (212) 547-5400
> Facsimile: (212) 547-5444
> Email: dazman@mwe.com
> Email: rvohra@mwe.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, order, pleading or other request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, electronic mail or otherwise, that is filed or given in connection with the above-captioned proceeding.

**PLEASE TAKE FURTHER NOTICE** that this request shall not be deemed or construed to be a waiver of any substantive or procedural rights of CL Media, including, without limitation: (i) to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the Southern District of New York (the "District Court"); (ii) to have a trial by jury in any proceeding so triable in this chapter 7 case or any case, controversy, or proceeding related to this chapter 7 case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which CL Media may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

| | |
|---|---|
| Dated: New York, New York<br>March 28, 2019 | **MCDERMOTT WILL & EMERY LLP**<br><br>  /s/ Darren Azman<br>Darren Azman, Esq.<br>Ravi Vohra, Esq.<br>340 Madison Avenue<br>New York, New York 10173-1922<br>Telephone: (212) 547-5400<br>Facsimile:  (212) 547-5444<br>Email:     dazman@mwe.com<br>             rvohra@mwe.com<br><br>*Counsel to CL Media Holdings LLC* |

2

## CERTIFICATE OF SERVICE

      I hereby certify that on March 28, 2019, the foregoing *Notice of Appearance and Request for Service of all Pleadings and Documents* was served on the party listed below via the Court's CM/ECF system.

| | |
|---|---|
| Nathan S. Greenberg, Esq.<br>McGuireWoods LLP<br>*Attorneys for Debtor*<br>1251 Avenue of the Americas, 20th Floor<br>New York, NY 10020 | Gary Frederick Herbst, Esq.<br>LaMonica Herbst & Maniscalco<br>*Attorneys for the Chapter 7 Trustee*<br>3305 Jerusalem Avenue<br>Wantagh, NY 11793 |
| Scott J. Goldstein, Esq.<br>Law Offices Of Scott J. Goldstein, LLC<br>*Attorneys for Hired, Inc. and Survata, Inc.*<br>280 West Main Street<br>Denville, New Jersey 07834 | Nicholas A. Pasalides, Esq.<br>Reich Reich & Reich, P.C.<br>*Attorneys for Digital 365 Main, LLC &*<br>*Digital Realty Trust, LP*<br>235 Main Street, Suite 450<br>White Plains, NY 10601 |
| Amish R. Doshi, Esq.<br>Doshi Legal Group, P.C.<br>*Attorneys for Oracle America, Inc.*<br>1979 Marcus Avenue, Suite 210E<br>Lake Success, NY 11042 | |

Dated:  New York, New York
        March 28, 2019                                 **MCDERMOTT WILL & EMERY LLP**

                                                           /s/ Darren Azman
                                            Darren Azman, Esq.
                                            Ravi Vohra, Esq.
                                            340 Madison Avenue
                                            New York, New York 10173-1922
                                            Telephone: (212) 547-5400
                                            Facsimile: (212) 547-5444
                                            Email:     dazman@mwe.com
                                                                    rvohra@mwe.com

                                            *Counsel to CL Media Holdings LLC*