**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF SOUTHERN NEW YORK**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ROCKYOU, INC. | ) | Case No. 19-10453-scc |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

---

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

---

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby gives notice of his appearance on behalf of CIGNAL.IO, LTD., Judgment Creditor, and further requests, pursuant to title 11 of the United States Code and Bankruptcy Rule 2002 and 9007 that all notices given or required to be given, pleadings and all other documents filed and/or served in this case, or in any other related matter, or in any adversary proceeding, including all such notices described in Rule 2002 of the Bankruptcy Rules or given pursuant to Rule 9013 of the Local Rules of Bankruptcy Procedure, be served upon the following:

Andrew L. Quiat, Esq.
The Law Offices of Andrew L. Quiat, P.C.
1283 South Street
Castle Rock, CO 80104

Email:  aquiat@quiatlegal.com
Email:  amalcolm@quiatlegal.com

Please take further notice that the foregoing request includes the notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure and also includes, without limitation, notice of any orders, pleadings, motions, applications, complaints, demands, hearing, requests or petition, answering or reply papers, memoranda and briefs in support of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise, which are served or otherwise affect this case or any other adversary proceeding related thereto.

Dated:  April  17 , 2019

Respectfully submitted,

THE LAW OFFICES OF ANDREW L. Quiat,
A Professional Corporation
*/s/ Signature On File____*
Andrew L. Quiat, #1286
P.O. Box 2900

Aspen, CO 81612
Phone: (303) 471-8558
E-mail: aquiat@quiatlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on this _17th_ day of April, 2019, a true and correct copy of the foregoing **ENTRY OF APPEARANCE AND REQUEST FOR NOTICE** was served via CM/ECF or by U.S. Mail, postage pre-paid, and addressed as follows:

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

LaMonica Herbst & Maniscalco, LLP
Salvatore LaMonica, Trustee
3305 Jerusalem Avenue
Wantaugh, NY 11793

McGuirewoods, LLP
Nathan S. Greenberg (5244009)
1251 Avenue of the Americas, 20th Fl.
New York, NY 10020
Attorney for Debtor

Scott J. Goldstein, Esq.
Law Offices of Scott J. Goldstein, LLC
280 West Main Street
Denville, New Jersey 07834
Attorney for Survata, Inc.

Nicholas A. Palisades, Esq.
Reich Reich & Reich, P.C.
235 Main Street, Suite 450
White Plains, NY 10601
Attorneys for Digital 365, LLC &
Digital Realty Trust, LP

Amish R. Doshi, Esq.
Doshi Legal Group, P.C.
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
Attorneys for Oracle America, Inc.

Darren Azman, Esq.
Ravi Vohra, Esq.
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York 10173
Attorneys for CL Media Holdings, LLC

*/s/ Andrew L. Quiat, Esq.* _____
The Law Offices of Andrew L. Quiat, Esq.