**HOLLAND & KNIGHT LLP**
31 West 52nd Street
New York, New York 10019
Telephone: (212) 513-3200
Facsimile:  (212) 385-9010
Arthur E. Rosenberg, Esq.
*Attorneys for The Nielsen Company (US), LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                            :
In re                                                       :
                                                            : Chapter 7
                                                            :
ROCKYOU, INC.,                                              :
                                                            : Case No. 19-10453 (SCC)
         Debtor.                                            :
                                                            :
-----------------------------------------------------------x

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to Rules 2002, 9007 and 9010(b) of the Rules of Bankruptcy Procedure, the undersigned attorney appears as counsel for The Nielsen Company (US), LLC, a creditor and party-in-interest in this proceeding, and requests that all notice given or required to be given in this action and all related actions, be given and served upon:

> Holland & Knight LLP
> 31 West 52nd Street
> New York, New York 10019
> Attn:  Arthur E. Rosenberg, Esq
> Telephone: (212) 513-3200
> Facsimile: (212) 385-9010
> Email: arthur.rosenberg@hklaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers, whether formal or informal, *ex parte* or on notice, written or oral, referred to in the Bankruptcy Rules sections specified above, but also includes, without limitation, orders and

notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise, which affect or seek to affect in any way any rights or interests of the Debtor, any creditors or the Trustee in this case.

Dated:  New York, New York
        June 20, 2019

                                        HOLLAND & KNIGHT LLP

                                        By:  /s/ *Arthur E. Rosenberg*
                                             Arthur E. Rosenberg, Esq.
                                        31 West 52nd Street
                                        New York, New York 10019
                                        Telephone: (212) 513-3200
                                        Facsimile:  (212) 385-9010
                                        *Attorneys for The Nielsen Company*
                                        *(US), LLC*

#68726049_v1