UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:

                                                 Chapter 7

ROCKYOU, INC.                                Case No. 19-10453 (SCC)

                  Debtor.
-------------------------------------------------------------------x

**ORDER AUTHORIZING THE CHAPTER 7 TRUSTEE TO SERVE A LIMITED LIST OF CREDITORS AND OTHER INTERESTED PARTIES WITH THE MOTIONS AND/OR APPLICATIONS SUBMITTED TO THIS COURT BY THE CHAPTER 7 TRUSTEE**

      Upon the application (the "Application") of Salvatore LaMonica, Esq., solely in his capacity as the Chapter 7 Trustee (the "Trustee") of the RockYou, Inc. (the "Debtor"), by his counsel, LaMonica Herbst & Maniscalco, LLP, seeks the entry of an Order authorizing the Trustee to serve a limited list of creditors and other interested parties with the motions and/or applications submitted to this Court by the Trustee, the limited list consists of the following parties: i) counsel for the Debtor; ii) the Office of the United States Trustee; iii) all parties that have filed a notice of appearance in this case; iv) CL Media Holdings LLC d/b/a Wild Sky Media, through counsel; v) Centre Lane Partners Master Credit Fund II, L.P., through counsel; vi) the Debtor's twenty (20) largest creditors; vii) applicable taxing authorities; and viii) any party (and its counsel, if any) with whom the Trustee enters into settlement agreement or any other type of agreement; and upon the Application and the proposed Order having been served on all the creditors and interested parties of the Debtor's estate; and upon the Affidavit of Service having been filed on the docket; and no opposition to the Application having been filed with the Court; and good and sufficient notice having been given; and it appearing that the relief requested by the Trustee is reasonable and necessary; it is

      **ORDERED**, that the relief requested in the Application is granted as set forth herein; and, it is further

**ORDERED**, that the Trustee has authority to serve all motions and applications submitted to the Court on the following limited list of creditors and other interested parties: i) counsel for the Debtor; ii) the Office of the United States Trustee; iii) all parties that have filed a notice of appearance in this case; iv) CL Media Holdings LLC d/b/a Wild Sky Media, through counsel; v) Centre Lane Partners Master Credit Fund II, L.P., through counsel; vi) the Debtor's twenty (20) largest creditors; vii) applicable taxing authorities; and viii) any party (and its counsel, if any) with whom the Trustee enters into settlement agreement or any other type of agreement; and, it is further,

**ORDERED**, that the Court shall retain jurisdiction to enforce the terms and conditions of this Order and to determine any and all disputes with service of the motions and/or applications filed by the Trustee; and, it is further,

**ORDERED**, that the Trustee is authorized to do such things, execute such documents and expend such funds as may be necessary to effectuate the terms and condition of this Order.

Dated: June 25, 2019
       New York, New York

                                               /S/ Shelley C. Chapman
                                               Honorable Shelley C. Chapman
                                               United States Bankruptcy Court