Michelle E. Shriro
SINGER & LEVICK, PC
16200 Addison Road, Suite 140
Addison, TX 75001
Phone: 972.380.5533
Fax: 972.380.5748
Email:  mshriro@singerlevick.com

**Counsel to CR3 Partners, LLC**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | § § § | **Chapter 7** |
| **ROCKYOU, INC.** | § § | **Case No. 19-10453 (SCC)** |
| **Debtor.** | § § | |

| | | |
|---|---|---|
| **In re:** | § § § | **Chapter 7** |
| **MMJK, INC.** | § § | **Case No. 19-10454 (SCC)** |
| **Debtor.** | § § | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR NOTICE AND SERVICE OF PLEADINGS

**TO THE CLERK OF THE BANKRUPTCY COURT:**

**PLEASE TAKE NOTICE** that CR3 Partners, LLC ("**CR3**"), by and through its counsel Singer & Levick, P.C., files this, its *Notice of Appearance and Request for Notice and Service of Pleadings*.

Pursuant to Bankruptcy Rules 2002 and 9007, and Sections 102(1), 342, and 1109(b) of the Bankruptcy Code, CR3 respectfully requests that all notices given or required to be given in

these proceedings and all papers served or required to be served in these proceedings be served upon its counsel at the address, telephone number and email address listed below.

Michelle E. Shriro, Esq.
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, Texas 75001
Phone: 972.380.5533
Fax: 972.380.5748
Email: mshriro@singerlevick.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, Orders and notices of any Application, Motion, Petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Notice and Service of Pleadings* is without prejudice to: (1) CR3's rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or in equity, against the Debtor and any other entities either in this case or in any other action, all of which rights, remedies, claims, actions, defenses, setoff and recoupments are expressly reserved, and (2) any objection which may be made to the jurisdiction of the Court, and shall not be deemed or construed to submit CR3 to the jurisdiction of the Court.

**DATED: April 2, 2020**

Respectfully submitted,

**SINGER & LEVICK, P.C.**

By:   /s/  Michelle E. Shriro  
      Michelle E. Shriro  
      State Bar No. 18310900

16200 Addison Road, Suite 140  
Addison, Texas  75001  
Phone:  972.380.5533  
Fax:  972.380.5748  
Email: mshriro@singerlevick.com

**ATTORNEYS FOR:**  
**CR3 PARTNERS, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that Notice of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District on this 2nd day of April, 2020.

      /s/  Michelle E. Shriro  
      Michelle E. Shriro