UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

ROCKYOU, INC.

        Debtor.
-----------------------------------------------------------------x
In re:

MMJK, INC.

        Debtor.
-----------------------------------------------------------------x

Chapter 7
Case No. 19-10453 (SCC)

Chapter 7
Case No. 19-10454 (SCC)

**ORDER, PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, DIRECTING THE PRODUCTION OF DOCUMENTS FROM FINANCIAL INSTITUTIONS**

Upon the motion (the "Motion") of Salvatore LaMonica, solely in his capacity as the Chapter 7 Trustee (the "Trustee") of the RockYou Inc. ("RockYou") and MMJK, Inc. ("MMJK", along with Rock You are collectively the "Debtors"), by his counsel, LaMonica Herbst & Maniscalco, LLP, seeking the entry of an Order, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), directing the production of documents by the following financial institutions: i) Comercia Bank; ii) Silicon Valley Bank; iii) Square 1 Bank; and iv) Bank of America (collectively, the "Financial Institutions") as set forth herein, and for such other, further and related relief as this Court may deem just and proper; and good and sufficient cause appearing; and no adverse interest being represented, it is hereby

**ORDERED**, that, pursuant Bankruptcy Rule 2004, the Motion is approved as set forth herein; and, it is further

**ORDERED**, that, pursuant to Bankruptcy Rule 9016, LHM, as officers of the Court, are authorized and directed to issue subpoenas (the "Subpoena") to Financial Institutions directing the

production of documents set forth more fully below in accordance with Rule 45 of the Federal Rules of Civil Procedure; and, it is further

**ORDERED**, that the Financial Institutions are directed to produce, by electronic means as set forth in the Subpoenas, or inspection and examination within thirty (30) days from the service of this Order and subpoena, all the below requested information in the custody, possession or control concerning or relating to the following:

Commercia Bank

- a) Documents and information (in CSV format when possible) related to the initial account opening applications, signature cards, passwords, wire transfer requests, wire transfer authorizations and approvals, bank statements and cancelled checks for the Mobile Americas Inc. Account, no. ending in 8100, in the name of RockYou, Inc., for July, 2018, January, 2019;

- b) Documents and information (in CSV format when possible) related to the initial account opening applications, signature cards, passwords, wire transfer requests, wire transfer authorizations and approvals, bank statements and cancelled checks for the Fast Pay Partners, LLC Account, no. ending in 8403, in the name of RockYou, Inc., for January, 2019;

- c) Documents and information (in CSV format when possible) related to the initial account opening applications, signature cards, passwords, wire transfer requests, wire transfer authorizations and approvals, bank statements and cancelled checks for the Fast Pay Partners, LLC Account, no. ending in 8130, in the name of RockYou, Inc., for January, 2019;

- d) Documents and information (in CSV format when possible) related to the initial account opening applications, signature cards, passwords, wire transfer requests, wire transfer authorizations and approvals, bank statements and cancelled checks for the Fast Pay Partners, LLC Account, no. ending in 8411, in the name of RockYou, Inc., for January, 2019;

Square 1 Bank
- e) Documents and information (in CSV format when possible) related to the initial account opening applications, signature cards, passwords, wire transfer requests, wire transfer authorizations and approvals, bank statements and cancelled checks for the Littlethings, Inc. Account, no. ending in 5768 for January, 2019;

Silicon Valley Bank

f)  Documents and information (in CSV format when possible) related to the initial account opening applications, signature cards, passwords, wire transfer requests, wire transfer authorizations and approvals, bank statements and cancelled checks for the operating account no. ending in 3239, in the name of RockYou Inc., for January, 2019;

g)  Documents and information (in CSV format when possible) related to the initial account opening applications, signature cards, passwords, wire transfer requests, wire transfer authorizations and approvals, bank statements and cancelled checks for the account no. ending in 6233, in the name of MMJK Inc., for January, 2019;

h)  Documents and information (in CSV format when possible) related to the initial account opening applications, signature cards, passwords, wire transfer requests, wire transfer authorizations and approvals, bank statements and cancelled checks for the account no. ending in 6849, in the name of MMJK Inc., for January, 2019;

i)  Documents and information (in CSV format when possible) related to the initial account opening applications, signature cards, passwords, wire transfer requests, wire transfer authorizations and approvals, bank statements and cancelled checks for the account no. ending in 1399, in the name of MMJK Inc., for January, 2019;

j)  Documents and information (in CSV format when possible) related to the initial account opening applications, signature cards, passwords, wire transfer requests, wire transfer authorizations and approvals, bank statements and cancelled checks for the hold mail account, no. ending in 7062, in the name of PlayHaven, LLC for January, 2019;

k)  Documents and information (in CSV format when possible) related to the initial account opening applications, signature cards, passwords, wire transfer requests, wire transfer authorizations and approvals, bank statements and cancelled checks for the account, no. ending in 0654, in the name of Fanbread, Inc. for January, 2019;

l)  Documents and information (in CSV format when possible) related to the initial account opening applications, signature cards, passwords, wire transfer requests, wire transfer authorizations and approvals, bank statements and cancelled checks for the account, no. ending in 1365, in the name of MMJK Inc. d/b/a PurePlay Com for January, 2019;

m)  Documents and information (in CSV format when possible) related to the initial account opening applications, signature cards, passwords, wire transfer requests, wire transfer authorizations and approvals, bank statements and cancelled checks for the account, no. ending in 1350, in the name of MMJK Inc. d/b/a PurePlay Com for January, 2019;

n)  Documents and information (in CSV format when possible) related to the initial account opening applications, signature cards, passwords, wire transfer requests,

    wire transfer authorizations and approvals, bank statements and cancelled checks for the account, no. ending in 1445, in the name of MMJK Inc. d/b/a PurePlay Com for January, 2019; and

Documents from Bank of America

    o)    Documents and information (in CSV format when possible) related to the initial account opening applications, signature cards, passwords, wire transfer requests, wire transfer authorizations and approvals, bank statements and cancelled checks for the account no. ending in 9383, in the name of RockYou, Inc., for January, 2019.

**ORDERED,** that any documents or items produced under this Order shall be subject to the Court's Order Chapter 7 Trustee's Motion for Entry of an Order Compelling the Turnover of the Debtors' Books and Records and Other Electronic Data of the Debtors in the Possession, Custody or Control of Wild Sky Media, CL Media Holdings, LLC and/or Any Other Third Party to the Trustee, and the Confidentiality & Nondisclosure Agreement [Dkt. 40]; it is further

**ORDERED,** that the Trustee is authorized and empowered to expend such funds and to execute and deliver any and all documents as reasonably necessary to implement the terms of this Order.

Dated: May 1, 2020
       New York, New York

                              /S/ Shelley C. Chapman
                              Honorable Shelley C. Chapman
                              United States Bankruptcy Court