To Whom it May Concern:

I Jacalyn Smith would like to change my address from 1 Gould Park Rd, Apt. 206 Bridgeport, Ohio 43912 to my current address 68489 Mutton Hollow Rd., Bridgeport, Ohio 43912.

Case # 19-10453 (SCC)
&
Case # 19-10454 (SCC)

Thank you,

Jacalyn Smith