**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> ROCKYOU, INC., <br><br>       Debtor. | Chapter 7 <br><br> Case No. 19-10453 (SCC) |
| In re: <br><br> MMJK, INC., <br><br>       Debtor. | Case No. 19-10454 (SCC) <br><br> **CERTIFICATE OF NO OBJECTION** <br> **PURSUANT TO LOCAL RULE 9075-2** |

  I, Jeffrey Chubak, hereby certify:

  1. I am an attorney at Amini LLC, special litigation counsel to the Trustee in the above-captioned cases and submit this Certificate of No Objection Pursuant to Local Rule 9075-2.

  2. On April 9, 2021, the Trustee filed the Motion to Approve Settlement Agreement with Centre Lane Partners Master Credit Fund II, L.P. and Wild Sky Media, pursuant to Rule 9019(a) (Case No. 19-10453, ECF Doc. No. 141; Case No. 19-10454, ECF Doc. No. 75) ("Motion").

  3. The Notice of Hearing prefixed to the Motion fixed an objection deadline of May 26, 2021 ("Objection Deadline"), pursuant to Local Rule 9006-1(b).

  4. On April 9, 2021, the Motion, including the Notice of Hearing prefixed thereto and the Proposed Order and Settlement Agreement attached thereto, were served on all persons that filed claims against the above-named Debtors, in accordance with Rule 2002(a)(3), all persons that entered appearances in the Debtors' cases, all creditors listed on the mailing matrix, annexed to the Debtors' respective petitions and filed pursuant to Rule 1007(a)(1), and the Office of the United States Trustee. Certificates of service evidencing the foregoing were filed on April 11, 2021 (Case No. 19-10453, ECF Doc. No. 142; Case No. 19-10454, ECF Doc. No. 76) and April 16, 2021 (Case No. 19-10453, ECF Doc. No. 144; Case No. 19-10454, ECF Doc. No. 77).

5. This Certificate of No Objection is being filed at least forty-eight (48) hours after the expiration of the Objection Deadline.

6. I have reviewed the docket at least forty-eight (48) hours after expiration of the Objection Deadline. No objection, responsive pleading or request for hearing with respect to the Motion appears thereon, and as of the filing hereof none has been served upon the moving party.

I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on June 1, 2021.

/s/ Jeffrey Chubak