UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> ROCKYOU, INC., <br><br> Debtor. <br> In re: <br><br> MMJK, INC., <br><br> Debtor. | Chapter 7 <br><br> Case No. 19-10453 (SCC) <br><br> Case No. 19-10454 (SCC) <br><br> **NOTICE OF CANCELLATION OF HEARING** |

PLEASE TAKE NOTICE, that the hearing on the Trustee's Motion to Approve Settlement Agreement with Centre Lane Partners Master Credit Fund II, L.P. and Wild Sky Media, pursuant to Rule 9019(a) (Case No. 19-10453, ECF Doc. No. 141; Case No. 19-10454, ECF Doc. No. 75), previously scheduled for June 2, 2021, at 11:00 a.m., has been cancelled.

Dated: New York, New York
       June 1, 2021

AMINI LLC

/s/ Jeffrey Chubak
Avery Samet
Jeffrey Chubak
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
*Attorneys for Salvatore LaMonica,
as Chapter 7 Trustee*