# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ROCKYOU, INC.,<br><br>             Debtor. | Chapter 7<br><br>Case No. 19-10453 (SCC) |

## ORDER APPROVING SETTLEMENT AGREEMENT WITH McGUIREWOODS LLP

Upon the motion of Salvatore LaMonica ("Trustee"), solely in his capacity as Chapter 7 Trustee of the estate of the above-named Debtor, to approve the Settlement Agreement with McGuireWoods LLP ("McGuireWoods") annexed to the motion as Exhibit 1, pursuant to Rule 9019(a); and due and proper notice of the motion having been provided, pursuant to Rule 2002(a)(3); and it appearing that the settlement terms are fair and equitable, and that Court approval of the Settlement Agreement is in the best interests of the Debtor's estate; now, therefore, it is hereby:

ORDERED, that the motion is granted, as provided herein; and it is further

ORDERED, that the Settlement Agreement is hereby approved, and the Trustee and McGuireWoods are authorized and directed to perform in accordance with the terms thereof; and it is further

ORDERED, that the Court shall retain jurisdiction over any and all disputes arising under or otherwise relating to the terms of this Order and the Settlement Agreement.

Dated: New York, New York
       _____, 2021

                                                    Honorable Shelley C. Chapman
                                                    United States Bankruptcy Judge