**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| ROCKYOU, INC., | Case No. 19-10453 (SCC) |
| Debtor. | **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK  )
                    ) ss.:
COUNTY OF KINGS     )

LEAH KHALIL, being duly sworn, deposes and says:

I am not a party to this adversary proceeding, am over 18 years of age and reside in Kings County.

On June 22, 2021, I served the following papers upon those person listed on the annexed Claims

Register, at the addresses listed thereon, and the Office of the United States Trustee, at 201 Varick

Street, Room 1006, New York, NY 10014, via first-class mail, by depositing a true copy of the

papers enclosed in a prepaid, properly addressed envelope, in an official depository under the

exclusive care and custody of the United States Postal Service within the State of New York:

- Motion to approve compromise [Dkt. No. 151];

- Accompanying proposed order [Dkt. No. 151-1];

- Exhibit 1 to the motion, a Settlement Agreement between Salvatore LaMonica, as
  Chapter 7 Trustee, and McGuireWoods LLP, dated as of June 17, 2021 [Dkt. No. 151-2].

Leah Khalil

Sworn to before me this 25th day
of June 21, 2021

Notary Public

JEFFREY CHUBAK
Notary Public, State of New York
No. 02CH6403994
Qualified in Westchester County
Commission Expires February 10, 2024

# Southern District of New York
# Claims Register

### 19-10453-scc RockYou, Inc.

**Judge:** Shelley C. Chapman      **Chapter:** 7
**Office:** Manhattan      **Last Date to file claims:** 08/09/2019
**Trustee:** Salvatore LaMonica      **Last Date to file (Govt):**

| | | |
|---|---|---|
| *Creditor:* (7484354)<br>barry maez<br>1255 winona ct,#6<br>Denver, CO 80204 | **Claim No: 1**<br>*Original Filed Date*: 02/22/2019<br>*Original Entered Date*: 02/22/2019 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Admin.<br>*Modified:* |

  Amount claimed: $1795.00
  Priority claimed: $1795.00

*History:*
[Details]   🌐   [1-1]   02/22/2019 Claim #1 filed by barry maez, Amount claimed: $1795.00 (Admin.)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (7484826)<br>Jason Pridgin<br>16703 Shipshaw River Cove<br>Leander, TX 78641 | **Claim No: 2**<br>*Original Filed Date*: 02/23/2019<br>*Original Entered Date*: 02/23/2019 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Admin.<br>*Modified:* |

  Amount claimed: $600.00

*History:*
[Details]   🌐   [2-1]   02/23/2019 Claim #2 filed by Jason Pridgin, Amount claimed: $600.00 (Admin.)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (7487346)<br>EULER HERMES N.A as Assignee of<br>YELLOWHAMMER MEDI<br>800 Red Brook Blvd, #400C<br>Owings Mills, MD 21117 | **Claim No: 3**<br>*Original Filed Date*: 02/27/2019<br>*Original Entered Date*: 02/27/2019 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Admin.<br>*Modified:* |

  Amount claimed: $48406.28

*History:*
[Details]   🌐   [3-1]   02/27/2019 Claim #3 filed by EULER HERMES N.A as Assignee of YELLOWHAMMER MEDI, Amount claimed: $48406.28 (Admin.)

*Description:*
*Remarks:* (3-1) Account Number (last 4 digits):5196

| | | |
|---|---|---|
| *Creditor:* (7495383)<br>CDW DIRECT, LLC<br>ATTN: VIDA KRUG<br>200 N. MILWAUKEE AVE<br>VERNON HILLS, IL 60061 | **Claim No: 4**<br>*Original Filed Date*: 03/01/2019<br>*Original Entered Date*: 03/12/2019 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Tenille Lewis<br>*Modified:* |

*History:*
[Details]   🌐   [4-1]   03/01/2019 Claim #4 filed by CDW DIRECT, LLC, Amount claimed: $23669.05 (Lewis, Tenille)

*Description:*
*Remarks:*

Amount claimed: $23669.05

*History:*
<u>Details</u> ⚫ <u>4-1</u> 03/01/2019 Claim #4 filed by CDW DIRECT, LLC, Amount claimed: $23669.05 (Lewis, Tenille)
*Description:*
*Remarks:*

*Creditor:* (7495391) **Claim No: 5** *Status:*
STATE OF NY DEPT OF LABOR *Original Filed Date*: 03/07/2019 *Filed by:* CR
UNEMPLOYMENT INSURANCE DIV *Original Entered Date*: 03/12/2019 *Entered by:* Tenille Lewis
GOV. W. AVERELL HARRIMAN *Modified:*
STATE OFFICE BUILDING CAMPUS
BUILDING 12, ROOM 256
ALBANY, NEW YORK 12240
Amount claimed: $32.99

*History:*
<u>Details</u> ⚫ <u>5-1</u> 03/07/2019 Claim #5 filed by STATE OF NY DEPT OF LABOR, Amount claimed: $32.99 (Lewis, Tenille)
*Description:*
*Remarks:*

*Creditor:* (7496030) **Claim No: 6** *Status:*
Darla S Carey *Original Filed Date*: 03/14/2019 *Filed by:* CR
1109 Victory Lane *Original Entered Date*: 03/14/2019 *Entered by:* Admin.
Concord, CA 94520 *Modified:*
Amount claimed: $198.75

*History:*
<u>Details</u> ⚫ <u>6-1</u> 03/14/2019 Claim #6 filed by Darla S Carey, Amount claimed: $198.75 (Admin.)
*Description:*
*Remarks:*

*Creditor:* (7496434) **Claim No: 7** *Status:*
Grigore B. Hreniuc *Original Filed Date*: 03/14/2019 *Filed by:* CR
14239 N 48 Drive *Original Entered Date*: 03/14/2019 *Entered by:* Admin.
Glendale, AZ 85306 *Modified:*
Amount claimed: $20000.00

*History:*
<u>Details</u> ⚫ <u>7-1</u> 03/14/2019 Claim #7 filed by Grigore B. Hreniuc, Amount claimed: $20000.00 (Admin.)
*Description:*
*Remarks:*

*Creditor:* (7476661) **Claim No: 8** *Status:*
JENNIFER LEIGHTON *Original Filed Date*: 03/15/2019 *Filed by:* CR
4018 MAINE AVE NW *Original Entered Date*: 03/15/2019 *Entered by:* Admin.
ROANOKE, VA 24017 *Modified:*
Amount claimed: $498.00

*History:*
<u>Details</u> ⚫ <u>8-1</u> 03/15/2019 Claim #8 filed by JENNIFER LEIGHTON, Amount claimed: $498.00 (Admin.)
*Description:*
*Remarks:*

*Creditor:* (7476770)
JULIA BENOIT
112-430 HIGH STREET
MONCTON, NB, E1C 0P5,
CANADA

**Claim No: 9**
*Original Filed Date:* 03/17/2019
*Original Entered Date:* 03/17/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

  Amount claimed: $951.00

*History:*

  Details     9-1   03/17/2019 Claim #9 filed by JULIA BENOIT, Amount claimed: $951.00 (Admin.)

*Description:*

*Remarks:*

---

*Creditor:* (7497343)
1226 Ambrose Rucker Road
Monroe, Virginia 24574
Monroe, VA 24574

**Claim No: 10**
*Original Filed Date:* 03/17/2019
*Original Entered Date:* 03/17/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

*No amounts claimed*

*History:*

  Details     10-1   03/17/2019 Claim #10 filed by 1226 Ambrose Rucker Road, Amount claimed: (Admin.)

*Description:*

*Remarks:* (10-1) Filer Comment: I can not access my RY account to see total checks they owe me

---

*Creditor:* (7497512)
Leslie Johnson
8527 Dartford Drive
Sacramento, CA 95823

**Claim No: 11**
*Original Filed Date:* 03/18/2019
*Original Entered Date:* 03/18/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

  Amount claimed: $180.00

*History:*

  Details     11-1   03/18/2019 Claim #11 filed by Leslie Johnson, Amount claimed: $180.00 (Admin.)

*Description:*

*Remarks:*

---

*Creditor:* (7498323)
New Relic, Inc.
188 Spear Street Suite 1200
Attn: Francisco Ortega
San Francisco, CA 94105

**Claim No: 12**
*Original Filed Date:* 03/19/2019
*Original Entered Date:* 03/19/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

  Amount claimed: $21436.00

*History:*

  Details     12-1   03/19/2019 Claim #12 filed by New Relic, Inc., Amount claimed: $21436.00 (Admin.)

*Description:*

*Remarks:*

---

*Creditor:* (7498973)
Mavenhut Limited, an Irish company
Christopher C. Lewi, Esq.
Attorney for Creditor
979 Osos St., #C1
San Luis Obispo, CA 93401

**Claim No: 13**
*Original Filed Date:* 03/20/2019
*Original Entered Date:* 03/20/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

*History:*

  Details     13-1   03/20/2019 Claim #13 filed by Mavenhut Limited, an Irish company, Amount claimed: $322640.70 (Admin.)

*Description:*

*Remarks:*

Amount claimed: $322640.70

*History:*

Details  ●  13-1   03/20/2019 Claim #13 filed by Mavenhut Limited, an Irish company, Amount claimed: $322640.70 (Admin.)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (7499068) | **Claim No: 14** | *Status:* |
| 1 Gould park rd | *Original Filed Date*: 03/21/2019 | *Filed by:* CR |
| 1 Gould park rd, | *Original Entered Date*: 03/21/2019 | *Entered by:* Admin. |
| Apt 206 | | *Modified:* |
| Bridgeport, OH 43912 | | |

Amount claimed: $1730.00

*History:*

Details  ●  14-1   03/21/2019 Claim #14 filed by 1 Gould park rd, Amount claimed: $1730.00 (Admin.)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (7476767) | **Claim No: 15** | *Status:* |
| JUDY KLEMENT | *Original Filed Date*: 03/21/2019 | *Filed by:* CR |
| PO BOX 209 | *Original Entered Date*: 03/21/2019 | *Entered by:* Admin. |
| AB, T0B 0C0, CANADA | | *Modified:* |

Amount claimed: $584.65

*History:*

Details  ●  15-1   03/21/2019 Claim #15 filed by JUDY KLEMENT, Amount claimed: $584.65 (Admin.)

*Description:*
*Remarks:* (15-1) Account Number (last 4 digits):3260

| | | |
|---|---|---|
| *Creditor:*    (7475947) | **Claim No: 16** | *Status:* |
| BLUTONIC, INC | *Original Filed Date*: 03/22/2019 | *Filed by:* CR |
| 8391 BEVERLY BLVD. STE 586 | *Original Entered Date*: 03/25/2019 | *Entered by:* Tenille Lewis |
| LOS ANGELES, CA 90046 | | *Modified:* |

Amount claimed: $67985.12

*History:*

Details  ●  16-1   03/22/2019 Claim #16 filed by BLUTONIC, INC, Amount claimed: $67985.12 (Lewis, Tenille)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (7476282) | **Claim No: 17** | *Status:* |
| DIGITAL 365 MAIN, LLC | *Original Filed Date*: 03/26/2019 | *Filed by:* CR |
| 365 MAIN STREET | *Original Entered Date*: 03/26/2019 | *Entered by:* Nicholas A. Pasalides |
| SAN FRANCISCO, CA 94105 | | *Modified:* |

Amount claimed: $137120.21

*History:*

Details  ●  17-1   03/26/2019 Claim #17 filed by DIGITAL 365 MAIN, LLC, Amount claimed: $137120.21 (Pasalides, Nicholas)

*Description:* (17-1) Services Provided Under MSA
*Remarks:*

*Creditor:*        (7476641)         **Claim No: 18**              *Status:*
JEANETTE LOPEZ                       *Original Filed Date*: 03/27/2019    *Filed by:* CR
410 ROBERTS ROAD                     *Original Entered Date*: 03/27/2019  *Entered by:* Admin.
TOMS RIVER, NJ 08755-1233                                          *Modified:*

  Amount claimed: $176.00

*History:*
**Details**   ⊙   18-1   03/27/2019  Claim #18 filed by JEANETTE LOPEZ, Amount claimed: $176.00 (Admin.)
*Description:*
*Remarks:*


*Creditor:*        (7476492)         **Claim No: 19**              *Status:*
GRETCHEN TIBBITS                     *Original Filed Date*: 03/27/2019    *Filed by:* CR
2110 FREDERICK DOUGLASS BLVD,        *Original Entered Date*: 03/27/2019  *Entered by:* Admin.
PH3                                                               *Modified:*
NEW YORK, NY 10026

  Amount claimed: $75000.00
  Priority  claimed: $12850.00

*History:*
**Details**   ⊙   19-1   03/27/2019  Claim #19 filed by GRETCHEN TIBBITS, Amount claimed: $75000.00 (Admin.)
*Description:*
*Remarks:*


*Creditor:*        (7475825)         **Claim No: 20**              *Status:*
ANNETTE GRAHAM                       *Original Filed Date*: 03/28/2019    *Filed by:* CR
506 NEW ST                           *Original Entered Date*: 03/28/2019  *Entered by:* Admin.
RENFREW, ON, K7V 1G8,                                             *Modified:*
CANADA

  Amount claimed: $2521.30

*History:*
**Details**   ⊙   20-1   03/28/2019  Claim #20 filed by ANNETTE GRAHAM, Amount claimed: $2521.30 (Admin.)
*Description:*
*Remarks:*


*Creditor:*        (7502744)         **Claim No: 21**              *Status:*
SEYMOUR FUCHS                        *Original Filed Date*: 03/28/2019    *Filed by:* CR
40 HUDSON ST APT A510                *Original Entered Date*: 03/28/2019  *Entered by:* Tenille Lewis
FREEHOLD, NJ 07728                                                *Modified:*

  Amount claimed: $100.00

*History:*
**Details**   ⊙   21-1   03/28/2019  Claim #21 filed by SEYMOUR FUCHS, Amount claimed: $100.00 (Lewis, Tenille)
*Description:*
*Remarks:*


*Creditor:*        (7475688)         **Claim No: 22**              *Status:*
495 COMMUNICATIONS, LLC              *Original Filed Date*: 04/09/2019    *Filed by:* CR
175 VARICK ST, 6TH FLOOR             *Original Entered Date*: 04/09/2019  *Entered by:* Admin.
NEW YORK, NY 10014                                                *Modified:*


*History:*
**Details**   ⊙   22-1   04/09/2019  Claim #22 filed by 495 COMMUNICATIONS, LLC, Amount claimed: $239194.34 (Admin.)
*Description:*
*Remarks:*

Amount claimed: $239194.34

*History:*

[Details] ⊘  [22-1]  04/09/2019  Claim #22 filed by 495 COMMUNICATIONS, LLC, Amount claimed: $239194.34 (Admin.)

*Description:*

*Remarks:*

---

*Creditor:*        (7514059)              **Claim No: 23**                      *Status:*
Facebook, Inc.                           *Original Filed Date:* 04/12/2019     *Filed by:* CR
c/o David M. Serepca                     *Original Entered Date:* 04/12/2019   *Entered by:* Admin.
McMahon Serepca, LLP                                                           *Modified:*
985 Industrial Road, Suite 201
San Carlos, CA 94070

Amount claimed: $2670401.58

*History:*

[Details] ⊘  [23-1]  04/12/2019  Claim #23 filed by Facebook, Inc., Amount claimed: $2670401.58 (Admin.)

*Description:*

*Remarks:* (23-1) Account Number (last 4 digits):1608

---

*Creditor:*        (7515015)   [History]   **Claim No: 24**                    *Status:*
ACCOUNTEMPS                              *Original Filed Date:* 04/05/2019     *Filed by:* CR
ROBERT HALF/ RECOVERY DEPT.              *Original Entered Date:* 04/16/2019   *Entered by:* Tenille Lewis
PO BOX 5024                                                                    *Modified:*
SAN RAMON, CA 94583

Amount claimed: $6175.00

*History:*

[Details] ⊘  [24-1]  04/05/2019  Claim #24 filed by ACCOUNTEMPS, Amount claimed: $6175.00 (Lewis, Tenille)

*Description:*

*Remarks:*

---

*Creditor:*        (7515016)              **Claim No: 25**                      *Status:*
ILLINOIS DEPT OF EMPLYMNT                *Original Filed Date:* 04/02/2019     *Filed by:* CR
SECURITY                                 *Original Entered Date:* 04/16/2019   *Entered by:* Tenille Lewis
33 S. STATE ST 10TH FLR COLL. BKRY                                            *Modified:*
CHICAGO, IL 60603

Amount claimed: $61.56

*History:*

[Details] ⊘  [25-1]  04/02/2019  Claim #25 filed by ILLINOIS DEPT OF EMPLYMNT SECURITY, Amount claimed: $61.56
                     (Lewis, Tenille)

*Description:*

*Remarks:*

---

*Creditor:*        (7519809)              **Claim No: 26**                      *Status:*
dennis lee walterman jr                  *Original Filed Date:* 04/24/2019     *Filed by:* CR
3711 woodbine ave                        *Original Entered Date:* 04/24/2019   *Entered by:* Admin.
cincinnati, OH 45211                                                           *Modified:*
No amounts claimed

*History:*

[Details] ⊘  [26-1]  04/24/2019  Claim #26 filed by dennis lee walterman jr, Amount claimed: (Admin.)

*Description:*

*Remarks:* (26-1) Filer Comment: had a lifetime membership dont know what its worth plus $260 owed from cash prizes

*Creditor:* (7522993)
Carolyn Annette Damon
4689 Windsong St
Sacramento, CA 95834

**Claim No: 27**
*Original Filed Date:* 04/26/2019
*Original Entered Date:* 04/26/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

  Amount claimed: $1783.00

*History:*

  **Details**  ● [27-1](#)  04/26/2019 Claim #27 filed by Carolyn Annette Damon, Amount claimed: $1783.00 (Admin.)

*Description:*

Remarks: (27-1) Account Number (last 4 digits):3260 Filer Comment: Attached are all payments made to Rzying plus what I won. If this can be amended then i will change the amount

*Creditor:* (7527937)
Laura Parrish
15 113th Street Southeast
Everett, WA 98208

**Claim No: 28**
*Original Filed Date:* 05/04/2019
*Original Entered Date:* 05/04/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

  Amount claimed: $231.25

*History:*

  [Details](#)  ● [28-1](#)  05/04/2019 Claim #28 filed by Laura Parrish, Amount claimed: $231.25 (Admin.)

*Description:*
Remarks:

*Creditor:* (7527938)
Dennis Parrish
15 113TH ST SE
EVERETT, WA 98208

**Claim No: 29**
*Original Filed Date:* 05/04/2019
*Original Entered Date:* 05/04/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

  Amount claimed: $247.95

*History:*

  [Details](#)  ● [29-1](#)  05/04/2019 Claim #29 filed by Dennis Parrish, Amount claimed: $247.95 (Admin.)

*Description:*
Remarks:

*Creditor:* (7476835)
KELLY DAVISSON
317 DATE AVENUE
AKRON, CO 80720

**Claim No: 30**
*Original Filed Date:* 05/11/2019
*Original Entered Date:* 05/11/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

  Amount claimed: $488.60

*History:*

  [Details](#)  ● [30-1](#)  05/11/2019 Claim #30 filed by KELLY DAVISSON, Amount claimed: $488.60 (Admin.)

*Description:*
Remarks:

*Creditor:* (7530704)
5128 Bonney Road
Virginia Beach, VA 23462

**Claim No: 31**
*Original Filed Date:* 05/11/2019
*Original Entered Date:* 05/11/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

  Amount claimed: $98.35

*History:*

  [Details](#)  ● [31-1](#)  05/11/2019 Claim #31 filed by 5128 Bonney Road, Amount claimed: $98.35 (Admin.)

*Description:*
Remarks:

*Creditor:*         (7476955)        **Claim No: 32**                    *Status:*
LINDA GARRISON                       *Original Filed Date:* 05/12/2019    *Filed by:* CR
144 SHADY LANE                       *Original Entered Date:* 05/12/2019  *Entered by:* Admin.
MONTROSE, PA 18801                                                        *Modified:*

  Amount claimed: $1500.00

*History:*
 **Details**      🌐   32-1   05/12/2019 Claim #32 filed by LINDA GARRISON, Amount claimed: $1500.00 (Admin.)

*Description:*
*Remarks:*


*Creditor:*         (7530728)        **Claim No: 33**                    *Status:*
610 w. rollins apt b                 *Original Filed Date:* 05/12/2019    *Filed by:* DE
Moberly, MO 65270                    *Original Entered Date:* 05/12/2019  *Entered by:* Admin.
                                                                         *Modified:*

  Amount claimed: $200.00

*History:*
 **Details**      🌐   33-1   05/12/2019 Claim #33 filed by 610 w. rollins apt b, Amount claimed: $200.00 (Admin.)

*Description:*
*Remarks:*


*Creditor:*         (7530729)        **Claim No: 34**                    *Status:*
1 gould park rd, 206                 *Original Filed Date:* 05/12/2019    *Filed by:* CR
1 gould park rd, 206, 206            *Original Entered Date:* 05/12/2019  *Entered by:* Admin.
206                                                                      *Modified:*
bridgeport, OH 43912

  Amount claimed: $1730.00

*History:*
 **Details**      🌐   34-1   05/12/2019 Claim #34 filed by 1 gould park rd, 206, Amount claimed: $1730.00 (Admin.)

*Description:*
*Remarks:*


*Creditor:*         (7476119)        **Claim No: 35**                    *Status:*
COLLEEN KENNY                        *Original Filed Date:* 05/12/2019    *Filed by:* CR
ADDRESS UNAVAILABLE                  *Original Entered Date:* 05/12/2019  *Entered by:* Admin.
                                                                         *Modified:*

  Amount claimed: $2225.00

*History:*
 **Details**      🌐   35-1   05/12/2019 Claim #35 filed by COLLEEN KENNY, Amount claimed: $2225.00 (Admin.)

*Description:*
*Remarks:* (35-1) Filer Comment: this is for 2 claims(may be off by few but not much)


*Creditor:*         (7530730)        **Claim No: 36**                    *Status:*
915 Chay Drive                       *Original Filed Date:* 05/12/2019    *Filed by:* CR
Lake Charles, LA 70611               *Original Entered Date:* 05/12/2019  *Entered by:* Admin.
                                                                         *Modified:*

  Amount claimed: $42.00

*History:*
 **Details**      🌐   36-1   05/12/2019 Claim #36 filed by 915 Chay Drive, Amount claimed: $42.00 (Admin.)

*Description:*
*Remarks:*

*Creditor:*      (7530756)          **Claim No: 37**              *Status:*
Gloria Thede                        *Original Filed Date:* 05/13/2019    *Filed by:* CR
298 Marion Lane                     *Original Entered Date*: 05/13/2019  *Entered by:* Admin.
Eugene, OR 97404-3071                                            *Modified:*

  Amount claimed: $100.00

*History:*

| Details | 🌐 | 37-1 | 05/13/2019 Claim #37 filed by Gloria Thede, Amount claimed: $100.00 (Admin.) |

*Description:*

*Remarks:* (37-1) Filer Comment: Bought $ 99.90 to buy more bb's to play the game

---

*Creditor:*      (7530798)          **Claim No: 38**              *Status:*
Barry Maez                          *Original Filed Date:* 05/13/2019    *Filed by:* CR
1255 winona ct 6                    *Original Entered Date*: 05/13/2019  *Entered by:* Admin.
Denver Colorado                                                 *Modified:*
80204
Denver, CO 80204

  Amount claimed: $1804.00

*History:*

| Details | 🌐 | 38-1 | 05/13/2019 Claim #38 filed by Barry Maez, Amount claimed: $1804.00 (Admin.) |

*Description:*
*Remarks:*

---

*Creditor:*      (7475797)          **Claim No: 39**              *Status:*
AMY WILCOX                          *Original Filed Date:* 05/13/2019    *Filed by:* CR
107 13TH AVENUE UNIT 101            *Original Entered Date*: 05/13/2019  *Entered by:* Admin.
MADAWASKA, ME 04756                                             *Modified:*

  Amount claimed: $175.00

*History:*

| Details | 🌐 | 39-1 | 05/13/2019 Claim #39 filed by AMY WILCOX, Amount claimed: $175.00 (Admin.) |

*Description:*
*Remarks:*

---

*Creditor:*      (7530874)          **Claim No: 40**              *Status:*
DAVID BURKS                         *Original Filed Date:* 05/13/2019    *Filed by:* CR
1710 HWY 69 WEST, PO BOX 772        *Original Entered Date*: 05/13/2019  *Entered by:* Admin.
PO BOX 772                                                      *Modified:*
TRUMANN, AR 72472

  Amount claimed: $130.00

*History:*

| Details | 🌐 | 40-1 | 05/13/2019 Claim #40 filed by DAVID BURKS, Amount claimed: $130.00 (Admin.) |

*Description:*
*Remarks:*

---

*Creditor:*      (7477829)          **Claim No: 41**              *Status:*
SUZANNE SCHEUER                     *Original Filed Date:* 05/13/2019    *Filed by:* CR
4TH NORTH 21ST AVE                  *Original Entered Date*: 05/13/2019  *Entered by:* Admin.
MANVILLE, NJ 08835                                              *Modified:*

  Amount claimed: $1252.30

*History:*

| Details | 🌐 | 41-1 | 05/13/2019 Claim #41 filed by SUZANNE SCHEUER, Amount claimed: $1252.30 (Admin.) |

*Description:*
*Remarks:* (41-1) Filer Comment: taxes were paid on this in 2018

*Creditor:*        (7476614)          **Claim No: 42**              *Status:*
JAMES WILLHIDE                    *Original Filed Date*: 05/13/2019   *Filed by:* CR
438 W 8TH                         *Original Entered Date*: 05/13/2019 *Entered by:* Admin.
MOUNT VERNON, IN 47620                                            *Modified:*

  Amount claimed: $20.00

  Priority  claimed: $20.00

*History:*

[Details]  ⬤  [42-1]  05/13/2019 Claim #42 filed by JAMES WILLHIDE, Amount claimed: $20.00 (Admin.)

*Description:*
*Remarks:*


*Creditor:*        (7531256)          **Claim No: 43**              *Status:*
Wendell J Dick                    *Original Filed Date*: 05/13/2019   *Filed by:* CR
10498 FOUNTAIN LAKE DR            *Original Entered Date*: 05/13/2019 *Entered by:* Admin.
131                                                              *Modified:*
STAFFORD, TX 77477

  Amount claimed: $100.00

*History:*

[Details]  ⬤  [43-1]  05/13/2019 Claim #43 filed by Wendell J Dick, Amount claimed: $100.00 (Admin.)

*Description:*
*Remarks:*


*Creditor:*        (7476645)          **Claim No: 44**              *Status:*
JEFF CURTIS                       *Original Filed Date*: 05/13/2019   *Filed by:* CR
2522 WALKER AVE                   *Original Entered Date*: 05/13/2019 *Entered by:* Admin.
KOKOMO, IN 46901                                                 *Modified:*

  Amount claimed: $285.00

*History:*

[Details]  ⬤  [44-1]  05/13/2019 Claim #44 filed by JEFF CURTIS, Amount claimed: $285.00 (Admin.)

*Description:*
*Remarks:*


*Creditor:*        (7476702)          **Claim No: 45**              *Status:*
JOEY KLEIN                        *Original Filed Date*: 05/13/2019   *Filed by:* CR
2934 STEPPINGSTONE CT            *Original Entered Date*: 05/13/2019 *Entered by:* Admin.
NORTH LAS VEGAS, NV 89031                                        *Modified:*

  Amount claimed: $70.00

*History:*

[Details]  ⬤  [45-1]  05/13/2019 Claim #45 filed by JOEY KLEIN, Amount claimed: $70.00 (Admin.)

*Description:*
*Remarks:*


*Creditor:*        (7531257)          **Claim No: 46**              *Status:*
200 vicksburg ave                 *Original Filed Date*: 05/13/2019   *Filed by:* CR
200 vicksburg ave, S1            *Original Entered Date*: 05/13/2019 *Entered by:* Admin.
S1                                                               *Modified:*
Norman, OK 73071

*History:*

[Details]  ⬤  [46-1]  05/13/2019 Claim #46 filed by 200 vicksburg ave, Amount claimed: $592.00 (Admin.)

*Description:*
*Remarks:*

Amount claimed: $592.00

*History:*

Details   ●   46-1   05/13/2019   Claim #46 filed by 200 vicksburg ave, Amount claimed: $592.00 (Admin.)

*Description:*
*Remarks:*

---

*Creditor:*     (7477488)        **Claim No: 47**        *Status:*
RHEBUS, INC.        *Original Filed Date*: 05/13/2019        *Filed by:* CR
101 CORTES AVENUE        *Original Entered Date*: 05/13/2019        *Entered by:* Admin.
SAN FRANCISCO, CA 94116        *Modified:*

   Amount claimed: $8518.06

*History:*

Details   ●   47-1   05/13/2019   Claim #47 filed by RHEBUS, INC., Amount claimed: $8518.06 (Admin.)

*Description:*
*Remarks:*

---

*Creditor:*     (7477291)        **Claim No: 48**        *Status:*
NY STATE DEPT OF TAXATION AND        *Original Filed Date*: 05/14/2019        *Filed by:* CR
FINANCE        *Original Entered Date*: 05/14/2019        *Entered by:* David M Pugliese
BANKRUPTCY SECTION        *Last Amendment Filed:* 03/01/2021        *Modified:*
PO BOX 5300        *Last Amendment Entered:* 03/01/2021
ALBANY, NY 12205-0300

   Amount claimed: $4287.06
   Priority  claimed: $3691.97

*History:*

Details   ●   48-3   03/01/2021   Amended Claim #48 filed by NY STATE DEPT OF TAXATION AND FINANCE, Amount claimed: $4287.06 (Pugliese, David)

Details   ●   48-2   06/05/2019   Amended Claim #48 filed by NY STATE DEPT OF TAXATION AND FINANCE, Amount claimed: $4087.06 (Pugliese, David)

Details   ●   48-1   05/14/2019   Claim #48 filed by NY STATE DEPT OF TAXATION AND FINANCE, Amount claimed: $3011.69 (Pugliese, David)

*Description:* (48-3) 2nd amended pre petition proof of claim
(48-2) 1st amended pre petition proof of claim
(48-1) pre petition proof of claim
*Remarks:*

---

*Creditor:*     (7531488)        **Claim No: 49**        *Status:*
katie m reliford        *Original Filed Date*: 05/14/2019        *Filed by:* CR
314 rosebud dr        *Original Entered Date*: 05/14/2019        *Entered by:* Admin.
apt 314        *Modified:*
natchitoches, MA 71457

   Amount claimed: $1337.00

*History:*

Details   ●   49-1   05/14/2019   Claim #49 filed by katie m reliford, Amount claimed: $1337.00 (Admin.)

*Description:*
*Remarks:* (49-1) Account Number (last 4 digits):3260

---

*Creditor:*     (7476535)        **Claim No: 50**        *Status:*

HOLLY MORGAN
2017 FIELDCREST CT SOUTH
SALEM, OR 97306

*Original Filed Date*: 05/14/2019
*Original Entered Date*: 05/14/2019

*Filed by:* CR
*Entered by:* Admin.
*Modified:*

Amount claimed: $400.00

*History:*

Details 🔘 50-1  05/14/2019  Claim #50 filed by HOLLY MORGAN, Amount claimed: $400.00 (Admin.)

*Description:*

*Remarks:*

---

*Creditor:*    (7476427)
FRED ACKERMAN
11523 IDLEWOOD ROAD
SILVER SPRING, MD 20906

**Claim No: 51**
*Original Filed Date*: 05/14/2019
*Original Entered Date*: 05/14/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

Amount claimed: $150.00

*History:*

Details 🔘 51-1  05/14/2019  Claim #51 filed by FRED ACKERMAN, Amount claimed: $150.00 (Admin.)

*Description:*

*Remarks:* (51-1) Account Number (last 4 digits):3260

---

*Creditor:*    (7531729)
Peggy McDonough
9950 62nd Ter North #215
Saint Petersburg, FL 33708

**Claim No: 52**
*Original Filed Date*: 05/14/2019
*Original Entered Date*: 05/14/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

Amount claimed: $750.00

*History:*

Details 🔘 52-1  05/14/2019  Claim #52 filed by Peggy McDonough, Amount claimed: $750.00 (Admin.)

*Description:*

*Remarks:*

---

*Creditor:*    (7475806)
ANDREW KUCSMAS
3039 CAPTIVA BLUFF RD N
JACKSONVILLE, FL 32226

**Claim No: 53**
*Original Filed Date*: 05/14/2019
*Original Entered Date*: 05/14/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

Amount claimed: $275.00

*History:*

Details 🔘 53-1  05/14/2019  Claim #53 filed by ANDREW KUCSMAS, Amount claimed: $275.00 (Admin.)

*Description:*

*Remarks:*

---

*Creditor:*    (7477521)
ROBERT LEIZEAR
1804 REGENTS PARK ROAD
CROFTON, MD 21114

**Claim No: 54**
*Original Filed Date*: 05/14/2019
*Original Entered Date*: 05/14/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

Amount claimed: $750.00

*History:*

Details 🔘 54-1  05/14/2019  Claim #54 filed by ROBERT LEIZEAR, Amount claimed: $750.00 (Admin.)

*Description:*

*Remarks:*

*Creditor:*      (7531735)
117 Poplar Street
Creve Coeur, IL 61610-3929

**Claim No: 55**
*Original Filed Date*: 05/15/2019
*Original Entered Date*: 05/15/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

  Amount claimed: $40.00

*History:*

Details       🌐   55-1   05/15/2019 Claim #55 filed by 117 Poplar Street, Amount claimed: $40.00 (Admin.)

*Description:*

*Remarks:*

---

*Creditor:*      (7531736)
RockYou,Inc
5638 Marinell Dr
Orlando, FL 32809

**Claim No: 56**
*Original Filed Date*: 05/15/2019
*Original Entered Date*: 05/15/2019

*Status:*
*Filed by:* DE
*Entered by:* Admin.
*Modified:*

  Amount claimed: $1500.00

*History:*

Details       🌐   56-1   05/15/2019 Claim #56 filed by RockYou,Inc, Amount claimed: $1500.00 (Admin.)

*Description:*

*Remarks:* (56-1) Filer Comment: They have owed me for so long not sure of the amount to the penny

---

*Creditor:*      (7477046)
MARK SLAY
2300 5TH AVE N
APT. 915
BIRMINGHAM, AL 35203

**Claim No: 57**
*Original Filed Date*: 05/15/2019
*Original Entered Date*: 05/15/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

  Amount claimed: $30.00

*History:*

Details       🌐   57-1   05/15/2019 Claim #57 filed by MARK SLAY, Amount claimed: $30.00 (Admin.)

*Description:*

*Remarks:*

---

*Creditor:*      (7531880)
Bonnie desbiens
Box322
Slave lake
Alberta Canada t0g2a0

**Claim No: 58**
*Original Filed Date*: 05/15/2019
*Original Entered Date*: 05/15/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

  Amount claimed: $826.80

*History:*

Details       🌐   58-1   05/15/2019 Claim #58 filed by Bonnie desbiens, Amount claimed: $826.80 (Admin.)

*Description:*

*Remarks:* (58-1) Filer Comment: 826.80

---

*Creditor:*      (7531884)
26 nelson st
Webster, MA 01570

**Claim No: 59**
*Original Filed Date*: 05/15/2019
*Original Entered Date*: 05/15/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

  Amount claimed: $50.75

*History:*

Details       🌐   59-1   05/15/2019 Claim #59 filed by 26 nelson st, Amount claimed: $50.75 (Admin.)

*Description:*

*Remarks:*

*Creditor:*        (7477824)           **Claim No: 60**               *Status:*
SUSAN PEARSON                          *Original Filed Date*: 05/15/2019    *Filed by:* CR
105 PIERCE ST                          *Original Entered Date*: 05/15/2019   *Entered by:* Admin.
NEW BEDFORD, MA 02740                                                       *Modified:*

  Amount claimed: $580.00

*History:*
[Details]  ◉  [60-1]  05/15/2019 Claim #60 filed by SUSAN PEARSON, Amount claimed: $580.00 (Admin.)

*Description:*

*Remarks:*

---

*Creditor:*        (7475727)           **Claim No: 61**               *Status:*
ADSUPPLY INC.                          *Original Filed Date*: 05/15/2019    *Filed by:* CR
10811 WASHINGTON BLVD 400              *Original Entered Date*: 05/15/2019   *Entered by:* Admin.
CULVER CITY, CA 90232                                                       *Modified:*

  Amount claimed: $2270.43

*History:*
[Details]  ◉  [61-1]  05/15/2019 Claim #61 filed by ADSUPPLY INC., Amount claimed: $2270.43 (Admin.)

*Description:*

*Remarks:* (61-1) Account Number (last 4 digits):4408

---

*Creditor:*        (7532338)           **Claim No: 62**               *Status:*
Elevated Play, Inc                     *Original Filed Date*: 05/15/2019    *Filed by:* CR
20 S. Santa Cruz Ave, Suite 300        *Original Entered Date*: 05/15/2019   *Entered by:* Admin.
Los Gatos, CA 95030                                                        *Modified:*

  Amount claimed: $8704.50

*History:*
[Details]  ◉  [62-1]  05/15/2019 Claim #62 filed by Elevated Play, Inc, Amount claimed: $8704.50 (Admin.)

*Description:*

*Remarks:*

---

*Creditor:*        (7477550)           **Claim No: 63**               *Status:*
RONDA KERR                             *Original Filed Date*: 05/16/2019    *Filed by:* CR
401 W WALNUT ST                        *Original Entered Date*: 05/16/2019   *Entered by:* Admin.
TITUSVILLE, PA 16354                                                       *Modified:*

  Amount claimed: $2500.00

*History:*
[Details]  ◉  [63-1]  05/16/2019 Claim #63 filed by RONDA KERR, Amount claimed: $2500.00 (Admin.)

*Description:*

*Remarks:* (63-1) Account Number (last 4 digits):ccvn Filer Comment: Claim Code: C717-47F8CCVN

---

*Creditor:*        (7532827)           **Claim No: 64**               *Status:*
T Mobile/T-Mobile USA Inc              *Original Filed Date*: 05/16/2019    *Filed by:* CR
by American InfoSource as agent        *Original Entered Date*: 05/16/2019   *Entered by:* Ashley M Boswell
PO Box 248848                                                              *Modified:*
Oklahoma City, OK 73124-8848

  Amount claimed: $568.00

*History:*
[Details]  ◉  [64-1]  05/16/2019 Claim #64 filed by T Mobile/T-Mobile USA Inc, Amount claimed: $568.00 (Boswell, Ashley)

*Description:*

*Remarks:*

*Creditor:*          (7533087)        **Claim No: 65**              *Status:*
Veronica Burgess                      *Original Filed Date*: 05/16/2019   *Filed by:* CR
152 W.102nd,St.                       *Original Entered Date*: 05/16/2019   *Entered by:* Admin.
Los Angeles, CA 90003                                               *Modified:*

  Amount claimed: $1450.00

*History:*
  [Details]   ⊕   [65-1]   05/16/2019  Claim #65 filed by Veronica Burgess, Amount claimed: $1450.00 (Admin.)

*Description:*
*Remarks:*


*Creditor:*          (7533122)        **Claim No: 66**              *Status:*
Thomas Robert Hughes                  *Original Filed Date*: 05/16/2019   *Filed by:* CR
10 - 95 Clapperton St.                *Original Entered Date*: 05/16/2019   *Entered by:* Admin.
Barrie, Ontario, Canada                                             *Modified:*
L4M 3G1

  Amount claimed: $410.00

*History:*
  [Details]   ⊕   [66-1]   05/16/2019  Claim #66 filed by Thomas Robert Hughes, Amount claimed: $410.00 (Admin.)

*Description:*
*Remarks:*


*Creditor:*          (7476651)        **Claim No: 67**              *Status:*
JEFFREY CAMPBELL                      *Original Filed Date*: 05/16/2019   *Filed by:* CR
1900 MICHIGAN AVENUE                  *Original Entered Date*: 05/16/2019   *Entered by:* Admin.
STEVENS POINT, WI 54481                                             *Modified:*

  Amount claimed: $430.00

*History:*
  [Details]   ⊕   [67-1]   05/16/2019  Claim #67 filed by JEFFREY CAMPBELL, Amount claimed: $430.00 (Admin.)

*Description:*
*Remarks:*


*Creditor:*          (7533222)        **Claim No: 68**              *Status:*
942 Henry St                          *Original Filed Date*: 05/17/2019   *Filed by:* CR
Belle Vernon, PA 15012                *Original Entered Date*: 05/17/2019   *Entered by:* Admin.
                                                                    *Modified:*

  Amount claimed: $1200.00

*History:*
  [Details]   ⊕   [68-1]   05/17/2019  Claim #68 filed by 942 Henry St, Amount claimed: $1200.00 (Admin.)

*Description:*
*Remarks:* (68-1) Account Number (last 4 digits):5940


*Creditor:*          (7533266)        **Claim No: 69**              *Status:*
Level 3 Telecom Holdings, LLC         *Original Filed Date*: 05/17/2019   *Filed by:* CR
CenturyLink Communications            *Original Entered Date*: 05/17/2019   *Entered by:* Admin.
1025 Eldorado Blvd. (Attn: Legal-BKY)                               *Modified:*
Broomfield, CO 80021

*History:*
  [Details]   ⊕   [69-1]   05/17/2019  Claim #69 filed by Level 3 Telecom Holdings, LLC, Amount claimed: $179515.95 (Admin.)

*Description:*
*Remarks:* (69-1) Account Number (last 4 digits):3152

  Amount claimed: $179515.95

*History:*

[Details]  ⚫  [69-1](#)   05/17/2019 Claim #69 filed by Level 3 Telecom Holdings, LLC, Amount claimed: $179515.95 (Admin.)

*Description:*

*Remarks:* (69-1) Account Number (last 4 digits):3152

---

| | | |
|---|---|---|
| *Creditor:*    (7533312) | **Claim No: 70** | *Status:* |
| Level 3 Communications, LLC | *Original Filed Date:* 05/17/2019 | *Filed by:* CR |
| CenturyLink Communications, LLC | *Original Entered Date:* 05/17/2019 | *Entered by:* Admin. |
| 1025 Eldorado Blvd. (Attn: Legal-BKY) | | *Modified:* |
| Broomfield, CO 80021 | | |

  Amount claimed: $66460.55

*History:*

[Details]  ⚫  [70-1](#)   05/17/2019 Claim #70 filed by Level 3 Communications, LLC, Amount claimed: $66460.55 (Admin.)

*Description:*

*Remarks:* (70-1) Account Number (last 4 digits):XG8X

---

| | | |
|---|---|---|
| *Creditor:*    (7497512) | **Claim No: 71** | *Status:* |
| Leslie Johnson | *Original Filed Date:* 05/17/2019 | *Filed by:* CR |
| 8527 Dartford Drive | *Original Entered Date:* 05/17/2019 | *Entered by:* Admin. |
| Sacramento, CA 95823 | | *Modified:* |

  Amount claimed: $180.00

*History:*

[Details]  ⚫  [71-1](#)   05/17/2019 Claim #71 filed by Leslie Johnson, Amount claimed: $180.00 (Admin.)

*Description:*

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:*    (7533538) | **Claim No: 72** | *Status:* |
| Michael Bilodeau | *Original Filed Date:* 05/17/2019 | *Filed by:* CR |
| 158 Yorkville st. | *Original Entered Date:* 05/17/2019 | *Entered by:* Admin. |
| Apt.1 | | *Modified:* |
| Manchester, NH 03102 | | |
| No amounts claimed | | |

*History:*

[Details]  ⚫  [72-1](#)   05/17/2019 Claim #72 filed by Michael Bilodeau, Amount claimed: (Admin.)

*Description:*

*Remarks:* (72-1) Filer Comment: Pure play winnings

---

| | | |
|---|---|---|
| *Creditor:*    (7533788) | **Claim No: 73** | *Status:* |
| Patty Gabbard | *Original Filed Date:* 05/17/2019 | *Filed by:* CR |
| 208 A ST | *Original Entered Date:* 05/17/2019 | *Entered by:* Admin. |
| P.O. Box 54 | | *Modified:* |
| CLAFLIN, KS 67525-0054 | | |

  Amount claimed: $36.00

*History:*

[Details]  ⚫  [73-1](#)   05/17/2019 Claim #73 filed by Patty Gabbard, Amount claimed: $36.00 (Admin.)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (7533828) | **Claim No: 74** | *Status:* |
| 610 w. rollins apt d | *Original Filed Date:* 05/17/2019 | *Filed by:* CR |
| Moberly, MO 65270 | *Original Entered Date*: 05/17/2019 | *Entered by:* Admin. |
| | | *Modified:* |

Amount claimed: $200.00

*History:*

Details ⊙ <u>74-1</u> 05/17/2019 Claim #74 filed by 610 w. rollins apt d, Amount claimed: $200.00 (Admin.)

*Description:*

*Remarks:* (74-1) Filer Comment: they owe me 200.00 from when they game closed

| | | |
|---|---|---|
| *Creditor:* (7475804) | **Claim No: 75** | *Status:* |
| ANDREA SARI | *Original Filed Date:* 05/18/2019 | *Filed by:* CR |
| 407 RAMBLEWOOD DR B | *Original Entered Date*: 05/18/2019 | *Entered by:* Admin. |
| GLEN ELLYN, IL 60137 | | *Modified:* |

Amount claimed: $744.00

*History:*

Details ⊙ <u>75-1</u> 05/18/2019 Claim #75 filed by ANDREA SARI, Amount claimed: $744.00 (Admin.)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (7533839) | **Claim No: 76** | *Status:* |
| Maria Goreta Brown | *Original Filed Date:* 05/18/2019 | *Filed by:* CR |
| 218 Mt. Assiniboine Place SE | *Original Entered Date*: 05/18/2019 | *Entered by:* Admin. |
| Calgary, Alberta Canada | | *Modified:* |
| T2Z 2N5 | | |

Amount claimed: $2025.65

*History:*

Details ⊙ <u>76-1</u> 05/18/2019 Claim #76 filed by Maria Goreta Brown, Amount claimed: $2025.65 (Admin.)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (7533840) | **Claim No: 77** | *Status:* |
| Julia Benoit | *Original Filed Date:* 05/18/2019 | *Filed by:* CR |
| 112-35 Bonaccord street | *Original Entered Date*: 05/18/2019 | *Entered by:* Admin. |
| Moncton NB canada E1C 0M7 | | *Modified:* |

Amount claimed: $591.00

*History:*

Details ⊙ <u>77-1</u> 05/18/2019 Claim #77 filed by Julia Benoit, Amount claimed: $591.00 (Admin.)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (7476542) | **Claim No: 78** | *Status:* |
| HUGH ROSS | *Original Filed Date:* 05/19/2019 | *Filed by:* CR |
| 328 BRIDLEWOOD AVE. SW | *Original Entered Date*: 05/19/2019 | *Entered by:* Admin. |
| CALGARY, AB, T2Y 4G2, CANADA | | *Modified:* |

Amount claimed: $325.00

*History:*

Details ⊙ <u>78-1</u> 05/19/2019 Claim #78 filed by HUGH ROSS, Amount claimed: $325.00 (Admin.)

*Description:*

*Remarks:*

*Creditor:*     (7533841)       **Claim No: 79**       *Status:*
401 N Comstock Rd Spc 55       *Original Filed Date*: 05/19/2019       *Filed by:* CR
SUTHERLIN, OR 97479       *Original Entered Date*: 05/19/2019       *Entered by:* Admin.
      *Modified:*

      Amount claimed: $7.00

*History:*

    [Details]    🌐    [79-1]    05/19/2019 Claim #79 filed by 401 N Comstock Rd Spc 55, Amount claimed: $7.00 (Admin.)

*Description:*

*Remarks:*

---

Creditor:     (7476861)       **Claim No: 80**       *Status:*
KIMBERLEY M MACLEAN       *Original Filed Date*: 05/20/2019       *Filed by:* CR
1326 MILFORD ST NE       *Original Entered Date*: 05/20/2019       *Entered by:* Admin.
CANTON, OH 44714       *Last Amendment Filed*: 05/20/2019       *Modified:* 05/20/2019
      *Last Amendment Entered:* 05/20/2019

      Amount claimed: $1400.00

*History:*

    [Details]    🌐    [80-2]    05/20/2019 Amended Claim #80 filed by KIMBERLEY M MACLEAN, Amount claimed: $1400.00 (Admin.)

    [Details]    🌐    [80-1]    05/20/2019 Claim #80 filed by KIMBERLEY M MACLEAN, Amount claimed: $1400.00 (Admin.)

*Description:*

*Remarks:*

---

Creditor:     (7476120)       **Claim No: 81**       *Status:*
COLLEEN RYAN       *Original Filed Date*: 05/20/2019       *Filed by:* CR
44 SHAMROCK AVE       *Original Entered Date*: 05/20/2019       *Entered by:* Admin.
EIE2J3, CANADA       *Modified:*

      Amount claimed: $2259.40

*History:*

    [Details]    🌐    [81-1]    05/20/2019 Claim #81 filed by COLLEEN RYAN, Amount claimed: $2259.40 (Admin.)

*Description:*

*Remarks:*

---

Creditor:     (7476345)       **Claim No: 82**       *Status:*
ELATE MOVING LLC       *Original Filed Date*: 05/20/2019       *Filed by:* CR
305 BROADWAY 7TH FLOOR       *Original Entered Date*: 05/20/2019       *Entered by:* Admin.
NEW YORK, NY 10007       *Modified:*

      Amount claimed: $8150.38

*History:*

    [Details]    🌐    [82-1]    05/20/2019 Claim #82 filed by ELATE MOVING LLC, Amount claimed: $8150.38 (Admin.)

*Description:*

*Remarks:*

---

Creditor:     (7476309)       **Claim No: 83**       *Status:*
DORIS KRANENDONK       *Original Filed Date*: 05/20/2019       *Filed by:* CR
59 DONNELLY SETTLEMENT ROAD       *Original Entered Date*: 05/20/2019       *Entered by:* Admin.
LAKE GEORGE, NB, E6K 3N3,       *Modified:*
CANADA

*History:*

    [Details]    🌐    [83-1]    05/20/2019 Claim #83 filed by DORIS KRANENDONK, Amount claimed: $988.00 (Admin.)

*Description:*

*Remarks:*

Amount claimed: $988.00

*History:*

[Details] 🌐 [83-1] 05/20/2019 Claim #83 filed by DORIS KRANENDONK, Amount claimed: $988.00 (Admin.)

*Description:*
*Remarks:*

*Creditor:* (7477736)
SONIA FARMER
1706 BULLENE AVENUE
LAWRENCE, KS 66044
　Amount claimed: $1.80

**Claim No: 84**
*Original Filed Date*: 05/20/2019
*Original Entered Date*: 05/20/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

*History:*

[Details] 🌐 [84-1] 05/20/2019 Claim #84 filed by SONIA FARMER, Amount claimed: $1.80 (Admin.)

*Description:*
*Remarks:*

*Creditor:* (7535236)
Norris L. Pender II
25 mill st ext.
Newington, CT 06111
　Amount claimed: $28735.00

**Claim No: 85**
*Original Filed Date*: 05/20/2019
*Original Entered Date*: 05/20/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

*History:*

[Details] 🌐 [85-1] 05/20/2019 Claim #85 filed by Norris L. Pender II, Amount claimed: $28735.00 (Admin.)

*Description:*
*Remarks:* (85-1) Account Number (last 4 digits):9249

*Creditor:* (7477147)
MICHELLE WOJKIEWICZ
2955 LAKESHORE 06
GLENNIE, MI 48737 8396
　Amount claimed: $129.00

**Claim No: 86**
*Original Filed Date*: 05/20/2019
*Original Entered Date*: 05/20/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

*History:*

[Details] 🌐 [86-1] 05/20/2019 Claim #86 filed by MICHELLE WOJKIEWICZ, Amount claimed: $129.00 (Admin.)

*Description:*
*Remarks:* (86-1) Account Number (last 4 digits):3260

*Creditor:* (7477680)
SHEILA SHUSTER
1876 GRIZZLY GULCH
CHEYENNE, WY 82009
　Amount claimed: $534.35

**Claim No: 87**
*Original Filed Date*: 05/21/2019
*Original Entered Date*: 05/21/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

*History:*

[Details] 🌐 [87-1] 05/21/2019 Claim #87 filed by SHEILA SHUSTER, Amount claimed: $534.35 (Admin.)

*Description:*
*Remarks:*

*Creditor:* (7535879)
Barbara Vis
Weemeweg 26
8431LV Oosterwolde, FR
The Netherlands

**Claim No: 88**
*Original Filed Date:* 05/21/2019
*Original Entered Date:* 05/21/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

  Amount claimed: $3175.75

*History:*

Details   88-1   05/21/2019 Claim #88 filed by Barbara Vis, Amount claimed: $3175.75 (Admin.)

*Description:*
*Remarks:*

---

*Creditor:* (7476471)
GLENNIS SHAW
48 NORTH YORK STREET
APT 1F
PATERSON, NJ 07524

**Claim No: 89**
*Original Filed Date:* 05/21/2019
*Original Entered Date:* 05/21/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

  Amount claimed: $3000.00

*History:*

Details   89-1   05/21/2019 Claim #89 filed by GLENNIS SHAW, Amount claimed: $3000.00 (Admin.)

*Description:*
*Remarks:*

---

*Creditor:* (7536080)
CBL Services, LLC
5230 Las Virgenes Rd., Suite 210
Suite 210
Calabasas, CA 91302

**Claim No: 90**
*Original Filed Date:* 05/21/2019
*Original Entered Date:* 05/21/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

  Amount claimed: $65563.91

*History:*

Details   90-1   05/21/2019 Claim #90 filed by CBL Services, LLC, Amount claimed: $65563.91 (Admin.)

*Description:*
*Remarks:*

---

*Creditor:* (7536332)
131 Connie DR
HENDERSONVILLE, TN 37075

**Claim No: 91**
*Original Filed Date:* 05/22/2019
*Original Entered Date:* 05/22/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

  Amount claimed: $485.00

*History:*

Details   91-1   05/22/2019 Claim #91 filed by 131 Connie DR, Amount claimed: $485.00 (Admin.)

*Description:*
*Remarks:* (91-1) Account Number (last 4 digits):3260

---

*Creditor:* (7538155)
Sheila May Remington
1401 Danish dr
Grand Prairie, TX 75050

**Claim No: 92**
*Original Filed Date:* 05/24/2019
*Original Entered Date:* 05/24/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

  Amount claimed: $530.00

*History:*

Details   92-1   05/24/2019 Claim #92 filed by Sheila May Remington, Amount claimed: $530.00 (Admin.)

*Description:*
*Remarks:*

*Creditor:*        (7538518)       **Claim No: 93**                  *Status:*
RockYou, Inc.                      *Original Filed Date:* 05/27/2019  *Filed by:* CR
6075 Riverbanks Rd.                *Original Entered Date*: 05/27/2019 *Entered by:* Admin.
Grants Pass, OR 97527-9670                                           *Modified:*
*No amounts claimed*

*History:*
Details  ◔  93-1  05/27/2019 Claim #93 filed by RockYou, Inc., Amount claimed: (Admin.)

*Description:*
*Remarks:* (93-1) Filer Comment: I'm owed 3 different amounts had 3 claims


*Creditor:*        (7538666)       **Claim No: 94**                  *Status:*
Doris Lorraine Williams            *Original Filed Date:* 05/28/2019  *Filed by:* CR
2520 North Cleveland St            *Original Entered Date*: 05/28/2019 *Entered by:* Admin.
Phila, PA 19132-3819                                                 *Modified:*
  Amount claimed: $2000.00

*History:*
Details  ◔  94-1  05/28/2019 Claim #94 filed by Doris Lorraine Williams, Amount claimed: $2000.00 (Admin.)

*Description:*
*Remarks:*


*Creditor:*        (7476008)       **Claim No: 95**                  *Status:*
CARL SONNET                        *Original Filed Date:* 05/17/2019  *Filed by:* CR
4224 GRACE STREET                  *Original Entered Date*: 05/29/2019 *Entered by:* Kendra Harris
LAS VEGAS, NV 89121                                                  *Modified:*
  Amount claimed: $200.00

*History:*
Details  ◔  95-1  05/17/2019 Claim #95 filed by CARL SONNET, Amount claimed: $200.00 (Harris, Kendra)

*Description:*
*Remarks:*


*Creditor:*        (7476169)       **Claim No: 96**                  *Status:*
CYNOGAGE LLC                       *Original Filed Date:* 05/17/2019  *Filed by:* CR
817 EAST HILLSBORO BLVD.           *Original Entered Date*: 05/29/2019 *Entered by:* Kendra Harris
DEERFIELD BEACH, FL 33441                                            *Modified:*
  Amount claimed: $4310.62

*History:*
Details  ◔  96-1  05/17/2019 Claim #96 filed by CYNOGAGE LLC, Amount claimed: $4310.62 (Harris, Kendra)

*Description:*
*Remarks:*


*Creditor:*        (7476833)       **Claim No: 97**                  *Status:*
KEITH PEARSON                      *Original Filed Date:* 05/20/2019  *Filed by:* CR
32912 NORTHSHIRE CIRCLE            *Original Entered Date*: 05/29/2019 *Entered by:* Kendra Harris
TEMECULA, CA 92592                                                   *Modified:*
  Amount claimed: $355.00

*History:*
Details  ◔  97-1  05/20/2019 Claim #97 filed by KEITH PEARSON, Amount claimed: $355.00 (Harris, Kendra)

*Description:*
*Remarks:*

*Creditor:*     (7539350)
ModSquad, Inc.
Michael Pinkerton
1611 West Ave.
Austin, TX 78701

  Amount claimed: $6325.25

*History:*

Details    98-1    05/20/2019 Claim #98 filed by ModSquad, Inc., Amount claimed: $6325.25 (Harris, Kendra)

*Description:*
*Remarks:*

**Claim No: 98**
*Original Filed Date:* 05/20/2019
*Original Entered Date:* 05/29/2019

*Status:*
*Filed by:* CR
*Entered by:* Kendra Harris
*Modified:*

---

*Creditor:*     (7539385)
Taboola, Inc., Successor-in-Interest
to Convertmedia, Inc.
Gaba Guerrini Law Corporation
8583 Irvine Center Drive, Suite 500
Irvine, CA 92618

  Amount claimed: $286038.77

*History:*

Details    99-1    05/20/2019 Claim #99 filed by Taboola, Inc., Successor-in-Interest, Amount claimed: $286038.77
                    (Harris, Kendra)

*Description:*
*Remarks:*

**Claim No: 99**
*Original Filed Date:* 05/20/2019
*Original Entered Date:* 05/29/2019

*Status:*
*Filed by:* CR
*Entered by:* Kendra Harris
*Modified:*

---

*Creditor:*     (7539439)
Donald Denning
130 South Church Street
Elm Creek, NE 68836

  Amount claimed: $146.44
  Priority claimed: $146.44

*History:*

Details    100-1    05/23/2019 Claim #100 filed by Donald Denning, Amount claimed: $146.44 (Harris, Kendra)

*Description:*
*Remarks:*

**Claim No: 100**
*Original Filed Date:* 05/23/2019
*Original Entered Date:* 05/29/2019

*Status:*
*Filed by:* CR
*Entered by:* Kendra Harris
*Modified:*

---

*Creditor:*     (7478175)
ZYNGA INC.
699 8TH STREET
SAN FRANCISCO, CA 94103

  Amount claimed: $632773.36

*History:*

Details    101-1    05/23/2019 Claim #101 filed by ZYNGA INC., Amount claimed: $632773.36 (Harris, Kendra)

*Description:*
*Remarks:*

**Claim No: 101**
*Original Filed Date:* 05/23/2019
*Original Entered Date:* 05/29/2019

*Status:*
*Filed by:* CR
*Entered by:* Kendra Harris
*Modified:*

---

*Creditor:*     (7477136)
MICHAEL REED

**Claim No: 102**
*Original Filed Date:* 05/24/2019

*Status:*
*Filed by:* CR

48124 STAFFORD ROAD #17          *Original Entered Date*: 05/29/2019     *Entered by:* Kendra Harris
TICKFAW, LA 70466                                                        *Modified:*

  Amount claimed: $630.00

*History:*

**Details** ⚫ [102-1](#) 05/24/2019 Claim #102 filed by MICHAEL REED, Amount claimed: $630.00 (Harris, Kendra)

*Description:*
*Remarks:*


*Creditor:*          (7540038)          **Claim No: 103**                *Status:*
CALIFORNIA DEPARTMENT OF         *Original Filed Date*: 05/24/2019     *Filed by:* CR
TAX AND FEE ADMINISTRATION/      *Original Entered Date*: 05/29/2019   *Entered by:* Kendra Harris
SPECIAL OPS MIC:55                                                     *Modified:*
PO BOX 942879
SACRAMENTO, CA 94279

  Amount claimed: $395.51
  Priority  claimed: $395.51

*History:*

**Details** ⚫ [103-1](#) 05/24/2019 Claim #103 filed by CALIFORNIA DEPARTMENT OF, Amount claimed: $395.51 (Harris, Kendra)

*Description:*
*Remarks:*


*Creditor:*          (7477131)          **Claim No: 104**                *Status:*
MICHAEL MEDLIN                   *Original Filed Date*: 05/30/2019     *Filed by:* CR
1347 W. PRINCETON ST.            *Original Entered Date*: 05/30/2019   *Entered by:* Admin.
ONTARIO, CA 91762                                                      *Modified:*

  Amount claimed: $275.00

*History:*

**Details** ⚫ [104-1](#) 05/30/2019 Claim #104 filed by MICHAEL MEDLIN, Amount claimed: $275.00 (Admin.)

*Description:*
*Remarks:*


*Creditor:*          (7478000)          **Claim No: 105**                *Status:*
VANESSA STANSBURY                *Original Filed Date*: 05/30/2019     *Filed by:* CR
955 E ELLENDALE AVE              *Original Entered Date*: 05/30/2019   *Entered by:* Admin.
DALLAS, OR 97338                                                       *Modified:*

  Amount claimed: $1365.25

*History:*

**Details** ⚫ [105-1](#) 05/30/2019 Claim #105 filed by VANESSA STANSBURY, Amount claimed: $1365.25 (Admin.)

*Description:*
*Remarks:*


*Creditor:*          (7540156)          **Claim No: 106**                *Status:*
Cignal.IO, Ltd.                  *Original Filed Date*: 05/30/2019     *Filed by:* CR
c/o Andrew L. Quiat, Esq.        *Original Entered Date*: 05/30/2019   *Entered by:* Andrew L Quiat
The Law Offices of Andrew L. Quiat, P.C.                              *Modified:*
1283 South Street
Castle Rock, CO 80104

*History:*

**Details** ⚫ [106-1](#) 05/30/2019 Claim #106 filed by Cignal.IO, Ltd., Amount claimed: $304901.33 (Quiat, Andrew)

*Description:* (106-1) U.S. District Court Judgment
*Remarks:*

Amount claimed: $304901.33

*History:*

Details ⚲ [106-1](#) 05/30/2019 Claim #106 filed by Cignal.IO, Ltd., Amount claimed: $304901.33 (Quiat, Andrew)

*Description:* (106-1) U.S. District Court Judgment
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (7477492) | **Claim No: 107** | *Status:* |
| RHONDA CAREY | *Original Filed Date*: 05/31/2019 | *Filed by:* CR |
| 700 WILLAPA FOURTH ST | *Original Entered Date*: 05/31/2019 | *Entered by:* Admin. |
| RAYMOND, WA 98577 | | *Modified:* |

Amount claimed: $285.75

*History:*

Details ⚲ [107-1](#) 05/31/2019 Claim #107 filed by RHONDA CAREY, Amount claimed: $285.75 (Admin.)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (7475802) | **Claim No: 108** | *Status:* |
| ANDREA CAIRNES | *Original Filed Date*: 05/20/2019 | *Filed by:* CR |
| 787 SOUTH COUNTY ROAD 1145 | *Original Entered Date*: 05/31/2019 | *Entered by:* Kendra Harris |
| RIVIERA, TX 78379 | | *Modified:* |

Amount claimed: $2000.00

*History:*

Details ⚲ [108-1](#) 05/20/2019 Claim #108 filed by ANDREA CAIRNES, Amount claimed: $2000.00 (Harris, Kendra)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (7542163) | **Claim No: 109** | *Status:* |
| James Gus Corey | *Original Filed Date*: 05/23/2019 | *Filed by:* CR |
| 81720 Galahad Lane | *Original Entered Date*: 05/31/2019 | *Entered by:* Kendra Harris |
| Indio, CA 92201 | | *Modified:* |

Amount claimed: $900.00

*History:*

Details ⚲ [109-1](#) 05/23/2019 Claim #109 filed by James Gus Corey, Amount claimed: $900.00 (Harris, Kendra)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (7543041) | **Claim No: 110** | *Status:* |
| Centre Lane Partners Master Credit Fund II, L.P. | *Original Filed Date*: 05/31/2019 | *Filed by:* CR |
| 60 East 42nd Street, Suite 1250 | *Original Entered Date*: 05/31/2019 | *Entered by:* Admin. |
| New York, NY 10165 | | *Modified:* |

Amount  claimed: $3572309.00
Secured  claimed: $3572309.00

*History:*

Details ⚲ [110-1](#) 05/31/2019 Claim #110 filed by Centre Lane Partners Master Credit Fund II, L.P., Amount claimed: $3572309.00 (Admin.)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (7543097) | **Claim No: 111** | *Status:* |
| jerry wayne mullins | *Original Filed Date*: 05/31/2019 | *Filed by:* CR |
| 22421 sugarbush lane | *Original Entered Date*: 05/31/2019 | *Entered by:* Admin. |
| abingdon, VA 24211 | | *Modified:* |

Amount claimed: $250.00

*History:*

Details   🌐   111-1   05/31/2019   Claim #111 filed by jerry wayne mullins, Amount claimed: $250.00 (Admin.)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (7543247) | **Claim No: 112** | *Status:* |
| 4418 Rockcrest Dr | *Original Filed Date*: 06/02/2019 | *Filed by:* CR |
| Fairfax, VA 22032 | *Original Entered Date*: 06/02/2019 | *Entered by:* Admin. |
| | | *Modified:* |

Amount claimed: $500.00

Priority claimed: $500.00

*History:*

Details   🌐   112-1   06/02/2019   Claim #112 filed by 4418 Rockcrest Dr, Amount claimed: $500.00 (Admin.)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (7477851) | **Claim No: 113** | *Status:* |
| TAMMY GERYK | *Original Filed Date*: 06/03/2019 | *Filed by:* CR |
| 60 DESJARDINS STREET | *Original Entered Date*: 06/03/2019 | *Entered by:* Admin. |
| GARSON, ON, P3L 1A8, | *Last Amendment Filed:* 04/04/2020 | *Modified:* 04/04/2020 |
| CANADA | *Last Amendment Entered:* 04/04/2020 | |

No amounts claimed

*History:*

Details   🌐   113-2   04/04/2020   Amended Claim #113 filed by TAMMY GERYK, Amount claimed: (Admin.)

Details   🌐   113-1   06/03/2019   Claim #113 filed by TAMMY GERYK, Amount claimed: $2391.00 (Admin.)

*Description:*

*Remarks:* (113-2) Filer Comment: I don't remember original amount.. please see original claim

| | | |
|---|---|---|
| *Creditor:* (7477357) | **Claim No: 114** | *Status:* |
| PAULA KIRKPATRICK | *Original Filed Date*: 06/04/2019 | *Filed by:* CR |
| 305 GLENN ST. | *Original Entered Date*: 06/04/2019 | *Entered by:* Admin. |
| CRESCENT CITY, CA 95531 | | *Modified:* |

Amount claimed: $280.00

*History:*

Details   🌐   114-1   06/04/2019   Claim #114 filed by PAULA KIRKPATRICK, Amount claimed: $280.00 (Admin.)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (7543999) | **Claim No: 115** | *Status:* |
| Liftable Media Inc. | *Original Filed Date*: 06/04/2019 | *Filed by:* CR |
| 4810 N. Venture Dr. Bldg. F | *Original Entered Date*: 06/04/2019 | *Entered by:* Admin. |
| Anthem, AZ 85086 | | *Modified:* |

*History:*

Details   🌐   115-1   06/04/2019   Claim #115 filed by Liftable Media Inc., Amount claimed: $2832.70 (Admin.)

*Description:*

*Remarks:*

Amount claimed: $2832.70

*History:*

Details   ⊙   115-1   06/04/2019   Claim #115 filed by Liftable Media Inc., Amount claimed: $2832.70 (Admin.)

*Description:*
*Remarks:*

---

*Creditor:*     (7477028)     **Claim No: 116**     *Status:*
MARIAN STEVENS     *Original Filed Date:* 06/03/2019     *Filed by:* CR
2911 COTEAU RD     *Original Entered Date:* 06/04/2019     *Entered by:* Kendra Harris
LOT 67     *Modified:*
NEW IBERIA, LA 70560

Amount claimed: $160.00

*History:*

Details   ⊙   116-1   06/03/2019   Claim #116 filed by MARIAN STEVENS, Amount claimed: $160.00 (Harris, Kendra)

*Description:*
*Remarks:*

---

*Creditor:*     (7544012)     **Claim No: 117**     *Status:*
YourHQ, Inc.     *Original Filed Date:* 06/04/2019     *Filed by:* CR
1592 Union Street, #505     *Original Entered Date:* 06/04/2019     *Entered by:* Scott J. Goldstein
San Francisco, CA 94123     *Modified:*

Amount claimed: $89958.48

*History:*

Details   ⊙   117-1   06/04/2019   Claim #117 filed by YourHQ, Inc., Amount claimed: $89958.48 (Goldstein, Scott)

*Description:* (117-1) Realtor Commissions
*Remarks:*

---

*Creditor:*     (7544015)    History     **Claim No: 118**     *Status:*
CNA Commercial Insurance     *Original Filed Date:* 06/03/2019     *Filed by:* CR
500 Colonial Center Parkway     *Original Entered Date:* 06/04/2019     *Entered by:* Kendra Harris
Lake Mary FL 32746     *Modified:*

Amount claimed: $22747.00

*History:*

Details   ⊙   118-1   06/03/2019   Claim #118 filed by CNA Commercial Insurance, Amount claimed: $22747.00 (Harris, Kendra)

*Description:*
*Remarks:*

---

*Creditor:*     (7477673)     **Claim No: 119**     *Status:*
SHAWN MCCLURE     *Original Filed Date:* 06/05/2019     *Filed by:* CR
528 ADIUTORI DR     *Original Entered Date:* 06/05/2019     *Entered by:* Admin.
ERIE, PA 16505     *Modified:*

Amount claimed: $1500.00

*History:*

Details   ⊙   119-1   06/05/2019   Claim #119 filed by SHAWN MCCLURE, Amount claimed: $1500.00 (Admin.)

*Description:*
*Remarks:*

*Creditor:*    (7476263)    History        **Claim No: 120**          *Status:*
Department of the Treasury                *Original Filed Date:* 06/05/2019     *Filed by:* CR
Internal Revenue Service               *Original Entered Date:* 06/05/2019    *Entered by:* Maria Valerio
P.O. Box 7346                                     *Modified:*
Philadelphia, PA 19101-7346

  Amount  claimed: $35920.68

  Secured  claimed:   $0.00

  Priority   claimed: $35920.68

*History:*

Details   ⬤  120-1  06/05/2019  Claim #120 filed by Department of the Treasury, Amount claimed: $35920.68 (Valerio, Maria)

*Description:*

*Remarks:*

---

*Creditor:*    (7545706)              **Claim No: 121**          *Status:*
Fernando Cruz III                      *Original Filed Date:* 06/08/2019     *Filed by:* CR
PO Box 633                            *Original Entered Date:* 06/08/2019    *Entered by:* Admin.
Shady Cove, OR 97539-0633                                  *Modified:*

  Amount claimed: $360.00

*History:*

Details   ⬤  121-1  06/08/2019  Claim #121 filed by Fernando Cruz III, Amount claimed: $360.00 (Admin.)

*Description:*

*Remarks:* (121-1) Account Number (last 4 digits):3260

---

*Creditor:*    (7476085)            **Claim No: 122**          *Status:*
CHRISTINE JUANITA-MATHIESEN       *Original Filed Date:* 06/10/2019     *Filed by:* CR
8684 144 ST                           *Original Entered Date:* 06/10/2019    *Entered by:* Admin.
SURREY, BC, V3W 5V1, CANADA                                *Modified:*

  Amount claimed: $2258.50

*History:*

Details   ⬤  122-1  06/10/2019  Claim #122 filed by CHRISTINE JUANITA-MATHIESEN, Amount claimed: $2258.50 (Admin.)

*Description:*

*Remarks:*

---

*Creditor:*    (7546273)            **Claim No: 123**          *Status:*
Elvira Tarot                         *Original Filed Date:* 06/10/2019     *Filed by:* CR
5-6868 Arcola Street                 *Original Entered Date:* 06/10/2019    *Entered by:* Admin.
Burnaby, BC V5E 1H3                                   *Modified:*
Canada

  Amount claimed: $266.45

*History:*

Details   ⬤  123-1  06/10/2019  Claim #123 filed by Elvira Tarot, Amount claimed: $266.45 (Admin.)

*Description:*

*Remarks:* (123-1) Account Number (last 4 digits):2907

---

*Creditor:*    (7476748)            **Claim No: 124**          *Status:*
JOSEPH KIRKENDALL               *Original Filed Date:* 06/12/2019     *Filed by:* CR

1323 SWEITZER AVE
AKRON, OH 44301

   Amount claimed: $1506.00

*History:*

**Details**   124-1   06/12/2019   Claim #124 filed by JOSEPH KIRKENDALL, Amount claimed: $1506.00 (Admin.)

*Description:*
*Remarks:*

---

*Creditor:*       (7548634)        **Claim No: 125**        *Status:*
CMI Marketing, Inc. d/b/a CafeMedia      *Original Filed Date:* 06/14/2019     *Filed by:* CR
417 Fifth Avenue, 7th Floor           *Original Entered Date:* 06/14/2019   *Entered by:* Gregory W. Fox
New York, NY 10016                                           *Modified:*

   Amount   claimed: $3000000.00

   Secured   claimed: $3000000.00

   Priority   claimed:      $0.00

*History:*

**Details**   125-1   06/14/2019   Claim #125 filed by CMI Marketing, Inc. d/b/a CafeMedia, Amount claimed: $3000000.00
                            (Fox, Gregory)

*Description:* (125-1) Amounts due under asset purchase agreement.
*Remarks:*

---

*Creditor:*       (7476524)        **Claim No: 126**        *Status:*
HERON DALE                      *Original Filed Date:* 06/14/2019     *Filed by:* CR
238 BELLAIR DR                 *Original Entered Date:* 06/14/2019   *Entered by:* Admin.
BOLTON, ON, L7E 1Z7, CANADA                               *Modified:*

   Amount claimed: $856.10

*History:*

**Details**   126-1   06/14/2019   Claim #126 filed by HERON DALE, Amount claimed: $856.10 (Admin.)

*Description:*
*Remarks:*

---

*Creditor:*       (7549275)        **Claim No: 127**        *Status:*
Kimberly Curtis                 *Original Filed Date:* 06/14/2019     *Filed by:* CR
641 west lemon Avenue           *Original Entered Date:* 06/14/2019   *Entered by:* Admin.
Monrovia, CA 91016                                  *Modified:*

   Amount claimed: $260.00

*History:*

**Details**   127-1   06/14/2019   Claim #127 filed by Kimberly Curtis, Amount claimed: $260.00 (Admin.)

*Description:*
*Remarks:*

---

*Creditor:*       (7477852)        **Claim No: 128**        *Status:*
TAMMY PICKENPAUGH           *Original Filed Date:* 06/15/2019     *Filed by:* CR
986 ABINGTON ROAD            *Original Entered Date:* 06/15/2019   *Entered by:* Admin.
AKRON, OH 44312                               *Modified:*

   Amount claimed: $400.00

*History:*

**Details**   128-1   06/15/2019   Claim #128 filed by TAMMY PICKENPAUGH, Amount claimed: $400.00 (Admin.)

*Description:*
*Remarks:*

*Creditor:* (7476520)
HEIDI RICHNAFSKY
5917 WEST CLUB LANE
RICHMOND, VA 23226

**Claim No: 129**
*Original Filed Date*: 06/15/2019
*Original Entered Date*: 06/15/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

  Amount claimed: $270.00

*History:*

Details  🌐 [129-1](#) 06/15/2019 Claim #129 filed by HEIDI RICHNAFSKY, Amount claimed: $270.00 (Admin.)

*Description:*
*Remarks:*

---

*Creditor:* (7475884)
AUDREY SUNDMAN
40 S MAIN STREET
LISBON, NH 03585

**Claim No: 130**
*Original Filed Date*: 06/16/2019
*Original Entered Date*: 06/16/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

  Amount claimed: $273.25

*History:*

Details  🌐 [130-1](#) 06/16/2019 Claim #130 filed by AUDREY SUNDMAN, Amount claimed: $273.25 (Admin.)

*Description:*
*Remarks:* (130-1) Account Number (last 4 digits):3260 Filer Comment: i won more money after my initial claim. should be around 400.00

---

*Creditor:* (7484826)
Jason Pridgin
16703 Shipshaw River Cove
Leander, TX 78641

**Claim No: 131**
*Original Filed Date*: 06/16/2019
*Original Entered Date*: 06/16/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

  Amount claimed: $1199.76

*History:*

Details  🌐 [131-1](#) 06/16/2019 Claim #131 filed by Jason Pridgin, Amount claimed: $1199.76 (Admin.)

*Description:*
*Remarks:* (131-1) Filer Comment: 600 cash won on pureplay plus 2 free years won worth 599.76

---

*Creditor:* (7549430)
Oracle America, Inc.
c/o Amish R. Doshi, Esq.
Doshi Legal Group, P.C.
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042

**Claim No: 132**
*Original Filed Date*: 06/17/2019
*Original Entered Date*: 06/17/2019

*Status:*
*Filed by:* AT
*Entered by:* Amish R. Doshi
*Modified:*

  Amount claimed: $138258.57

*History:*

Details  🌐 [132-1](#) 06/17/2019 Claim #132 filed by Oracle America, Inc., Amount claimed: $138258.57 (Doshi, Amish)

*Description:* (132-1) Unpaid Invoices
*Remarks:*

---

*Creditor:* (7549451)
American Express Travel Related
Services Company,
Inc.
c/o Becket and Lee LLP

**Claim No: 133**
*Original Filed Date*: 06/17/2019
*Original Entered Date*: 06/17/2019

*Status:*
*Filed by:* CR
*Entered by:* Greg Deegan
*Modified:*

PO Box 3001
Malvern PA 19355-0701

　Amount claimed: $185860.23

*History:*

Details　◉　133-1　06/17/2019　Claim #133 filed by American Express Travel Related Services Company,, Amount claimed: $185860.23 (Deegan, Greg)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*　(7549485) | **Claim No: 134** | *Status:* |
| Albert Thomas Mertz III | *Original Filed Date*: 06/03/2019 | *Filed by:* CR |
| 15 S. Wood St., Apt. 422 | *Original Entered Date*: 06/17/2019 | *Entered by:* Kendra Harris |
| Nazareth, PA 18064 | | *Modified:* |

　Amount claimed: $4225.55

*History:*

Details　◉　134-1　06/03/2019　Claim #134 filed by Albert Thomas Mertz III, Amount claimed: $4225.55 (Harris, Kendra)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*　(7549521) | **Claim No: 135** | *Status:* |
| SHARON ANN LOPEZ | *Original Filed Date*: 06/13/2019 | *Filed by:* CR |
| 4795 SIMONELLI RD | *Original Entered Date*: 06/17/2019 | *Entered by:* Kendra Harris |
| THE DALLES, OR 97058 | | *Modified:* |

　Amount claimed: $500.00

*History:*

Details　◉　135-1　06/13/2019　Claim #135 filed by SHARON ANN LOPEZ, Amount claimed: $500.00 (Harris, Kendra)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*　(7477378) | **Claim No: 136** | *Status:* |
| PHYLLIS BASS | *Original Filed Date*: 06/17/2019 | *Filed by:* CR |
| 2401 READING RD | *Original Entered Date*: 06/17/2019 | *Entered by:* Admin. |
| APT 418 | | *Modified:* |
| CINCINNATI, OH 45202 | | |

　Amount claimed: $50.00

*History:*

Details　◉　136-1　06/17/2019　Claim #136 filed by PHYLLIS BASS, Amount claimed: $50.00 (Admin.)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*　(7476832) | **Claim No: 137** | *Status:* |
| KEITH FRANCESCHINI | *Original Filed Date*: 06/17/2019 | *Filed by:* CR |
| PO BOX 360 | *Original Entered Date*: 06/17/2019 | *Entered by:* Admin. |
| WATERTOWN, CT 06795 | | *Modified:* |

　Amount claimed: $105.00

*History:*

Details　◉　137-1　06/17/2019　Claim #137 filed by KEITH FRANCESCHINI, Amount claimed: $105.00 (Admin.)

*Description:*
*Remarks:*

*Creditor:*　　　(7477783)　　**Claim No: 138**　　　　　*Status:*
STEPHEN ADAMS　　　　　*Original Filed Date*: 06/18/2019　　*Filed by:* CR
1109 10TH ST　　　　　　*Original Entered Date*: 06/18/2019　　*Entered by:* Admin.
ROCK SPRINGS, WY 82901　　　　　　　　　　　　*Modified:*

　Amount claimed: $0.00

*History:*
[Details]　　🌐 [138-1](#)　06/18/2019 Claim #138 filed by STEPHEN ADAMS, Amount claimed: $0.00 (Admin.)

*Description:*

*Remarks:* (138-1) Filer Comment: records have been lost

---

*Creditor:*　　　(7476851)　　**Claim No: 139**　　　　　*Status:*
KEYMASH LLC　　　　　　*Original Filed Date*: 06/18/2019　　*Filed by:* CR
37 W 57TH ST.　　　　　　*Original Entered Date*: 06/18/2019　　*Entered by:* Admin.
NEW YORK, NY 10019　　　　　　　　　　　　*Modified:*

　Amount claimed: $116780.81

*History:*
[Details]　　🌐 [139-1](#)　06/18/2019 Claim #139 filed by KEYMASH LLC, Amount claimed: $116780.81 (Admin.)

*Description:*

*Remarks:*

---

*Creditor:*　　　(7476422)　　**Claim No: 140**　　　　　*Status:*
FRAGOMEN, DEL REY, BERNSEN &　　*Original Filed Date*: 06/21/2019　　*Filed by:* CR
LOEWY, LLP　　　　　　　*Original Entered Date*: 06/21/2019　　*Entered by:* Admin.
75 REMITTANCE DRIVE　　　　　　　　　　　　*Modified:*
SUITE# 6072
CHICAGO, IL 60675-6072

　Amount claimed: $11364.00

*History:*
[Details]　　🌐 [140-1](#)　06/21/2019 Claim #140 filed by FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP, Amount claimed: $11364.00 (Admin.)

*Description:*

*Remarks:*

---

*Creditor:*　　　(7476258)　　**Claim No: 141**　　　　　*Status:*
DENNIS ST. ARNAULT　　　　*Original Filed Date*: 05/22/2019　　*Filed by:* CR
3890 BLENKINSOP ROAD　　　　*Original Entered Date*: 06/21/2019　　*Entered by:* Kendra Harris
VICTORIA, BC, V8P3P3, CANADA　　　　　　　　　　*Modified:*

　Amount claimed: $250.00

*History:*
[Details]　　🌐 [141-1](#)　05/22/2019 Claim #141 filed by DENNIS ST. ARNAULT, Amount claimed: $250.00 (Harris, Kendra)

*Description:*

*Remarks:*

---

*Creditor:*　　　(7552826)　　**Claim No: 142**　　　　　*Status:*
John Henry Turbitt　　　　　*Original Filed Date*: 06/23/2019　　*Filed by:* CR
410 Old Mud St　　　　　　*Original Entered Date*: 06/23/2019　　*Entered by:* Admin.
Stoney Creek On, Canada　　　　　　　　　　　　*Modified:*
L8J3Y3

*History:*
[Details]　　🌐 [142-1](#)　06/23/2019 Claim #142 filed by John Henry Turbitt, Amount claimed: $14569.17 (Admin.)

*Description:*

*Remarks:*

Amount claimed: $14569.17

*History:*

Details   142-1   06/23/2019   Claim #142 filed by John Henry Turbitt, Amount claimed: $14569.17 (Admin.)

*Description:*
*Remarks:*

---

*Creditor:*   (7553098)
SUSAN COLES
22 WEBB TERRACE
BELLOWS FALLS, VT 05101

**Claim No: 143**
*Original Filed Date:* 06/24/2019
*Original Entered Date:* 06/24/2019

*Status:*
*Filed by:* CR
*Entered by:* Karen Cappiello
*Modified:*

Amount claimed: $541.60

*History:*

Details   143-1   06/24/2019   Claim #143 filed by SUSAN COLES, Amount claimed: $541.60 (Cappiello, Karen)

*Description:*
*Remarks:*

---

*Creditor:*   (7476907)
LATINWORKS MARKETING, LLC
410 BAYLOR STREET
AUSTIN, TX 78703

**Claim No: 144**
*Original Filed Date:* 06/25/2019
*Original Entered Date:* 06/25/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

Amount claimed: $10000.00

*History:*

Details   144-1   06/25/2019   Claim #144 filed by LATINWORKS MARKETING, LLC, Amount claimed: $10000.00 (Admin.)

*Description:*
*Remarks:*

---

*Creditor:*   (7556176)
The Nielsen Company (US), LLC
c/o Arthur Rosenberg
Holland & Knight LLP
31 West 52nd Street
New York, NY 10019

**Claim No: 145**
*Original Filed Date:* 06/27/2019
*Original Entered Date:* 06/27/2019

*Status:*
*Filed by:* AT
*Entered by:* Arthur E. Rosenberg
*Modified:*

Amount claimed: $81958.43

*History:*

Details   145-1   06/27/2019   Claim #145 filed by The Nielsen Company (US), LLC, Amount claimed: $81958.43 (Rosenberg, Arthur)

*Description:*
*Remarks:*

---

*Creditor:*   (7556998)
Alicia C Prentice
8 Dunmore St Apt 6
Roxbury, MA 02119-2391

**Claim No: 146**
*Original Filed Date:* 06/28/2019
*Original Entered Date:* 06/28/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

Amount claimed: $300.00

*History:*

Details   146-1   06/28/2019   Claim #146 filed by Alicia C Prentice, Amount claimed: $300.00 (Admin.)

*Description:*
*Remarks:*

*Creditor:*    (7476213)      **Claim No: 147**      *Status:*
DAVID JOCHEN              *Original Filed Date:* 06/17/2019    *Filed by:* CR
522 LAKE DR.               *Original Entered Date*: 07/01/2019    *Entered by:* Kendra Harris
MIDDLETOWN, DE 19709                                       *Modified:*

   Amount claimed: $30.00

*History:*
   Details    147-1   06/17/2019 Claim #147 filed by DAVID JOCHEN, Amount claimed: $30.00 (Harris, Kendra)

*Description:*
*Remarks:*

---

*Creditor:*    (7476676)      **Claim No: 148**      *Status:*
JERRY MAWDSLEY            *Original Filed Date:* 06/19/2019    *Filed by:* CR
#6- 1691 BOUNDARY AVE.        *Original Entered Date*: 07/01/2019    *Entered by:* Kendra Harris
NANAIMO, BC, V9S 4P2, CANADA                                    *Modified:*

   Amount claimed: $1255.00

*History:*
   Details    148-1   06/19/2019 Claim #148 filed by JERRY MAWDSLEY, Amount claimed: $1255.00 (Harris, Kendra)

*Description:*
*Remarks:*

---

*Creditor:*    (7558704)      **Claim No: 149**      *Status:*
Face It Applications LLC         *Original Filed Date:* 07/03/2019    *Filed by:* CR
421 Holcomb Ave              *Original Entered Date*: 07/03/2019    *Entered by:* Admin.
Reno, NV 89502                                          *Modified:*

   Amount claimed: $3000.00

*History:*
   Details    149-1   07/03/2019 Claim #149 filed by Face It Applications LLC, Amount claimed: $3000.00 (Admin.)

*Description:*
*Remarks:*

---

*Creditor:*    (7475977)      **Claim No: 150**      *Status:*
BRENT MACLEAN           *Original Filed Date:* 07/03/2019    *Filed by:* CR
3330 SOUTH MILL WAY UNIT 73   *Original Entered Date*: 07/03/2019    *Entered by:* Admin.
MISSISSAUGA, ON, L5L3H4,                                     *Modified:*
CANADA

   Amount claimed: $2956.25

*History:*
   Details    150-1   07/03/2019 Claim #150 filed by BRENT MACLEAN, Amount claimed: $2956.25 (Admin.)

*Description:*
*Remarks:*

---

*Creditor:*    (7559598)      **Claim No: 151**      *Status:*
U.S. Bank, N.A. d/b/a U.S. Bank   *Original Filed Date:* 07/03/2019    *Filed by:* CR
Equipment Finance         *Original Entered Date*: 07/03/2019    *Entered by:* Jeffrey J. Lothert
1310 Madrid Street                                         *Modified:*
Marshall, MN 56258

   Amount claimed: $153772.22

*History:*
   Details    151-1   07/03/2019 Claim #151 filed by U.S. Bank, N.A. d/b/a U.S. Bank Equipment Finance, Amount claimed:
                                $153772.22 (Lothert, Jeffrey)

*Description:*
*Remarks:*

*Creditor:* 　　　(7476765)　　　　　**Claim No: 152**　　　　*Status:*
JUDY CAULLEY　　　　　　　　*Original Filed Date*: 07/03/2019　　*Filed by:* CR
123 LOCUST RD SW　　　　　　　*Original Entered Date*: 07/03/2019　　*Entered by:* Admin.
ALEXANDRIA, OH 43001　　　　　　　　　　　　　　　　　　　*Modified:*

　Amount claimed: $0.00

*History:*

[Details]　　⚫ [152-1] 07/03/2019 Claim #152 filed by JUDY CAULLEY, Amount claimed: $0.00 (Admin.)

*Description:*

*Remarks:* (152-1) Account Number (last 4 digits):3260 Filer Comment: I put in a claim for over $400 then they had a remainder balance of $757 that they owed me all together. I'm not sure which company owes me what but I got two bankruptcy cases from two di

---

*Creditor:* 　　　(7560021)　　　　　**Claim No: 153**　　　　*Status:*
Diane Devost-MacLean　　　　　　*Original Filed Date*: 07/06/2019　　*Filed by:* CR
3330 South Millway #73　　　　　　*Original Entered Date*: 07/06/2019　　*Entered by:* Admin.
Mississauga, Ontario Canada　　　　　　　　　　　　　　　　　*Modified:*
L5L 3H4

　Amount claimed: $1500.00

*History:*

[Details]　　⚫ [153-1] 07/06/2019 Claim #153 filed by Diane Devost-MacLean, Amount claimed: $1500.00 (Admin.)

*Description:*

*Remarks:*

---

*Creditor:* 　　　(7477351)　　　　　**Claim No: 154**　　　　*Status:*
PAUL LATOUR　　　　　　　　*Original Filed Date*: 07/06/2019　　*Filed by:* CR
515-1285 LAKESHORE RD E　　　　*Original Entered Date*: 07/06/2019　　*Entered by:* Admin.
MISSISSAUNGA, ON, L5E1G4,　　　　　　　　　　　　　　　　*Modified:*
CANADA

　Amount claimed: $350.00

*History:*

[Details]　　⚫ [154-1] 07/06/2019 Claim #154 filed by PAUL LATOUR, Amount claimed: $350.00 (Admin.)

*Description:*

*Remarks:*

---

*Creditor:* 　　　(7560054)　　　　　**Claim No: 155**　　　　*Status:*
NUI Media, Inc.　　　　　　　　*Original Filed Date*: 07/07/2019　　*Filed by:* CR
2111 Wilson Blvd　　　　　　　*Original Entered Date*: 07/07/2019　　*Entered by:* Admin.
Suite 700　　　　　　　　　　　　　　　　　　　　　　　*Modified:*
Arlington, VA 22201

　Amount claimed: $145833.28

*History:*

[Details]　　⚫ [155-1] 07/07/2019 Claim #155 filed by NUI Media, Inc., Amount claimed: $145833.28 (Admin.)

*Description:*

*Remarks:*

---

*Creditor:* 　　　(7560443)　　　　　**Claim No: 156**　　　　*Status:*

jonie mcfarland
237 w 100 s#6
ivens, UT 84738

| | *Original Filed Date:* 07/08/2019 | *Filed by:* TR |
| | *Original Entered Date*: 07/08/2019 | *Entered by:* Admin. |
| | | *Modified:* |

   Amount claimed: $3000.00

   Priority claimed: $3000.00

*History:*

Details   🔘   156-1   07/08/2019 Claim #156 filed by jonie mcfarland, Amount claimed: $3000.00 (Admin.)

*Description:*

*Remarks:* (156-1) Filer Comment: they had processed an amount of 670.00 and i had 2800 saved in my bank that they did not zero out before they went under

*Creditor:*     (7475939)
BINARI SONORI
VIAJE FULVIO TESTI 11, 20092
CINISELLO BALSAMO
MILANO, 20092, ITALY

**Claim No: 157**
*Original Filed Date:* 07/10/2019
*Original Entered Date*: 07/10/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

   Amount claimed: $15372.18

*History:*

Details   🔘   157-1   07/10/2019 Claim #157 filed by BINARI SONORI, Amount claimed: $15372.18 (Admin.)

*Description:*

*Remarks:* (157-1) Account Number (last 4 digits):BSEU

*Creditor:*     (7477843)
SYNTHESIS GLOBAL SOLUTIONS
VIA LANDRIANI 7
LUGANO, 06900, SWITZERLAND

**Claim No: 158**
*Original Filed Date:* 07/10/2019
*Original Entered Date*: 07/10/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

   Amount claimed: $43944.91

*History:*

Details   🔘   158-1   07/10/2019 Claim #158 filed by SYNTHESIS GLOBAL SOLUTIONS, Amount claimed: $43944.91 (Admin.)

*Description:*
*Remarks:*

*Creditor:*     (7561816)
Franchise Tax Board
PO Box 2952
Sacramento, CA 95812-2952

**Claim No: 159**
*Original Filed Date:* 07/10/2019
*Original Entered Date*: 07/10/2019
*Last Amendment Filed:* 01/26/2021
*Last Amendment Entered:* 01/26/2021

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:* 01/26/2021

   Amount claimed: $1600.00

   Priority claimed: $1600.00

*History:*

Details   🔘   159-2   01/26/2021 Amended Claim #159 filed by Franchise Tax Board, Amount claimed: $1600.00 (Admin.)

Details   🔘   159-1   07/10/2019 Claim #159 filed by Franchise Tax Board, Amount claimed: $0.00 (Admin.)

*Description:*

*Remarks:* (159-2) Account Number (last 4 digits):9264
(159-1) Account Number (last 4 digits):9264 Filer Comment: TO BE DETERMINED

*Creditor:*     (7562077)        **Claim No: 160**        *Status:*

BHI, Inc.                          *Original Filed Date:* 07/10/2019      *Filed by:* CR
11500 W Olympic Blvd               *Original Entered Date*: 07/10/2019    *Entered by:* Admin.
#399                                                                      *Modified:*
Los Angeles, CA 90064

  Amount claimed: $22429.20

*History:*

[Details](#)  🌐  [160-1](#)  07/10/2019  Claim #160 filed by BHI, Inc., Amount claimed: $22429.20 (Admin.)

*Description:*

*Remarks:*

---

*Creditor:*      (7562078)          **Claim No: 161**                     *Status:*
Solium Plan Managers LLC           *Original Filed Date:* 07/10/2019      *Filed by:* CR
Suite 1500, 600 - 3rd Ave SW       *Original Entered Date*: 07/10/2019    *Entered by:* Admin.
Calgary, AB, CANADA                                                       *Modified:*
T2P 0G5

  Amount claimed: $11631.50

*History:*

[Details](#)  🌐  [161-1](#)  07/10/2019  Claim #161 filed by Solium Plan Managers LLC, Amount claimed: $11631.50 (Admin.)

*Description:*

*Remarks:* (161-1) Account Number (last 4 digits):2004

---

*Creditor:*      (7562925)          **Claim No: 162**                     *Status:*
SCOPELY INC.                       *Original Filed Date:* 07/08/2019      *Filed by:* CR
3530 HAYDEN AVE.                   *Original Entered Date*: 07/12/2019    *Entered by:* Kendra Harris
CULVER CITY, CA 90232                                                     *Modified:*

  Amount claimed: $94415.56

*History:*

[Details](#)  🌐  [162-1](#)  07/08/2019  Claim #162 filed by SCOPELY INC., Amount claimed: $94415.56 (Harris, Kendra)

*Description:*

*Remarks:*

---

*Creditor:*      (7476240)          **Claim No: 163**                     *Status:*
DEBRA FRANCIS                      *Original Filed Date:* 07/08/2019      *Filed by:* CR
1426 LAKE HURON DR                 *Original Entered Date*: 07/12/2019    *Entered by:* Kendra Harris
VIRGINIA BEACH, VA 23464                                                  *Modified:*

  Amount claimed: $443.85

*History:*

[Details](#)  🌐  [163-1](#)  07/08/2019  Claim #163 filed by DEBRA FRANCIS, Amount claimed: $443.85 (Harris, Kendra)

*Description:*

*Remarks:*

---

*Creditor:*      (7563296)          **Claim No: 164**                     *Status:*
Amonetize LTD. Aka Unimedia Corp   *Original Filed Date:* 07/15/2019      *Filed by:* CR
P.O.B 462, Ashdod, Israel, 7760935 *Original Entered Date*: 07/15/2019    *Entered by:* Admin.
                                                                          *Modified:*

  Amount claimed: $146812.00

*History:*

[Details](#)  🌐  [164-1](#)  07/15/2019  Claim #164 filed by Amonetize LTD. Aka Unimedia Corp, Amount claimed: $146812.00
    (Admin.)

*Description:*

*Remarks:*

*Creditor:* (7563337)
ANYCLIP LTD.
1 Ha'Arava St.
Suite #102
Givat Shmuel, Israel 54019

| **Claim No: 165** | *Status:* |
|---|---|
| *Original Filed Date:* 07/15/2019 | *Filed by:* CR |
| *Original Entered Date:* 07/15/2019 | *Entered by:* Admin. |
| | *Modified:* |

  Amount claimed: $82197.00

*History:*
Details   🔘   165-1  07/15/2019 Claim #165 filed by ANYCLIP LTD., Amount claimed: $82197.00 (Admin.)

*Description:*

*Remarks:* (165-1) Account Number (last 4 digits):6977

---

*Creditor:* (7564313)
Kassy George
1025 Dry Run Road
Beech Creek, PA 16822

| **Claim No: 166** | *Status:* |
|---|---|
| *Original Filed Date:* 07/16/2019 | *Filed by:* CR |
| *Original Entered Date:* 07/16/2019 | *Entered by:* Admin. |
| | *Modified:* |

  Amount claimed: $275.00

*History:*
Details   🔘   166-1  07/16/2019 Claim #166 filed by Kassy George, Amount claimed: $275.00 (Admin.)

*Description:*

*Remarks:*

---

*Creditor:* (7564684)
Frederick J. Kern
12456 White Horse Rd.
Lusby, MD 20657

| **Claim No: 167** | *Status:* |
|---|---|
| *Original Filed Date:* 07/15/2019 | *Filed by:* CR |
| *Original Entered Date:* 07/17/2019 | *Entered by:* Kendra Harris |
| | *Modified:* |

  Amount claimed: $1100.00

*History:*
Details   🔘   167-1  07/15/2019 Claim #167 filed by Frederick J. Kern, Amount claimed: $1100.00 (Harris, Kendra)

*Description:*

*Remarks:*

---

*Creditor:* (7477540)
ROLLTOWER STUDIOS, INC.
201 GALER ST. #350
SEATTLE, WA 98109

| **Claim No: 168** | *Status:* |
|---|---|
| *Original Filed Date:* 07/17/2019 | *Filed by:* CR |
| *Original Entered Date:* 07/17/2019 | *Entered by:* Admin. |
| | *Modified:* |

  Amount claimed: $27157.31

*History:*
Details   🔘   168-1  07/17/2019 Claim #168 filed by ROLLTOWER STUDIOS, INC., Amount claimed: $27157.31 (Admin.)

*Description:*

*Remarks:*

---

*Creditor:* (7564901)
Colorado Department of Revenue
1375 Sherman St Rm 504
Denver, CO 80203

| **Claim No: 169** | *Status:* |
|---|---|
| *Original Filed Date:* 07/18/2019 | *Filed by:* CR |
| *Original Entered Date:* 07/18/2019 | *Entered by:* Admin. |
| | *Modified:* |

*History:*
Details   🔘   169-1  07/18/2019 Claim #169 filed by Colorado Department of Revenue, Amount claimed: $2642.00 (Admin.)

*Description:*

*Remarks:* (169-1) Account Number (last 4 digits):3260

Amount  claimed: $2642.00
Secured  claimed: $2642.00

*History:*
Details  ⚙ 169-1  07/18/2019 Claim #169 filed by Colorado Department of Revenue, Amount claimed: $2642.00 (Admin.)
*Description:*
*Remarks:* (169-1) Account Number (last 4 digits):3260

*Creditor:*      (7568258)       **Claim No: 170**        *Status:*
Law Offices of Jennie L. Lee   *Original Filed Date:* 07/23/2019   *Filed by* CR
10 Corte Azul                  *Original Entered Date:* 07/23/2019  *Entered by:* Admin.
Moraga, CA 94556                                          *Modified:*
Amount claimed: $18539.25

*History:*
Details  ⚙ 170-1  07/23/2019 Claim #170 filed by Law Offices of Jennie L. Lee, Amount claimed: $18539.25 (Admin.)
*Description:*
*Remarks:*

*Creditor:*      (7568637)       **Claim No: 171**        *Status:*
William Shallock               *Original Filed Date:* 07/22/2019   *Filed by* CR
154 Maurice Blvd.              *Original Entered Date:* 07/24/2019  *Entered by:* Kendra Harris
Rio Grande, NJ 08242                                      *Modified:*
Amount claimed: $475.00

*History:*
Details  ⚙ 171-1  07/22/2019 Claim #171 filed by William Shallock, Amount claimed: $475.00 (Harris, Kendra)
*Description:*
*Remarks:*

*Creditor:*      (7570153)       **Claim No: 172**        *Status:*
Propel Media LLC               *Original Filed Date:* 07/25/2019   *Filed by* CR
18565 Jamboree Road, Suite 200N  *Original Entered Date:* 07/25/2019  *Entered by:* Admin.
Irvine, CA 92612                                          *Modified:*
Amount claimed: $57280.20

*History:*
Details  ⚙ 172-1  07/25/2019 Claim #172 filed by Propel Media LLC, Amount claimed: $57280.20 (Admin.)
*Description:*
*Remarks:*

*Creditor:*      (7477465)       **Claim No: 173**        *Status:*
RAY CASEY                      *Original Filed Date:* 07/28/2019   *Filed by* CR
PO BOX 3573                    *Original Entered Date:* 07/28/2019  *Entered by:* Admin.
MIDWAY, KY 40347                                          *Modified:*
Amount claimed: $170.00

*History:*
Details  ⚙ 173-1  07/28/2019 Claim #173 filed by RAY CASEY, Amount claimed: $170.00 (Admin.)
*Description:*
*Remarks:* (173-1) Filer Comment: plus lifetime

*Creditor:*    (7571492)       **Claim No: 174**            *Status:*
Sherry Pope                  *Original Filed Date*: 07/29/2019    *Filed by:* CR
3830 S Central Avenue         *Original Entered Date*: 07/29/2019  *Entered by:* Admin.
Cicero, IL 60804                                 *Modified:*

  Amount claimed: $3000.00

*History:*

Details  🌐  174-1  07/29/2019 Claim #174 filed by Sherry Pope, Amount claimed: $3000.00 (Admin.)

*Description:*

*Remarks:*

---

Creditor:    (7571721)       **Claim No: 175**            *Status:*
Cathy Carroll-Jackson         *Original Filed Date*: 07/25/2019    *Filed by:* CR
47 Ann St., Apt. 111         *Original Entered Date*: 07/29/2019  *Entered by:* Kendra Harris
Highspire, PA 17034                              *Modified:*
*No amounts claimed*

*History:*

Details  🌐  175-1  07/25/2019 Claim #175 filed by Cathy Carroll-Jackson, Amount claimed: (Harris, Kendra)

*Description:* (175-1) See claim for classification and amount.

*Remarks:*

---

Creditor:    (7476604)       **Claim No: 176**            *Status:*
JAMES COOPER            *Original Filed Date*: 07/25/2019    *Filed by:* CR
4935 W 13TH             *Original Entered Date*: 07/29/2019  *Entered by:* Kendra Harris
WICHITA, KS 67212                              *Modified:*

  Amount claimed: $300.00

*History:*

Details  🌐  176-1  07/25/2019 Claim #176 filed by JAMES COOPER, Amount claimed: $300.00 (Harris, Kendra)

*Description:*

*Remarks:*

---

Creditor:    (7572020)   History    **Claim No: 177**           *Status:*
barbara thier             *Original Filed Date*: 07/29/2019    *Filed by:* CR
194 junewood dr.         *Original Entered Date*: 07/29/2019  *Entered by:* Admin.
levittown pa. 19055                            *Modified:*

  Amount claimed: $35.00

*History:*

Details  🌐  177-1  07/29/2019 Claim #177 filed by barbara thier, Amount claimed: $35.00 (Admin.)

*Description:*

*Remarks:*

---

Creditor:    (7572474)       **Claim No: 178**            *Status:*
AIG Property Casualty, Inc.     *Original Filed Date*: 07/30/2019    *Filed by:* CR
Kevin J. Larner, Authorized Representati  *Original Entered Date*: 07/30/2019  *Entered by:* Dana Burgagni
80 Pine Street, 13th Floor                            *Modified:*
New York, NY 10005

  Amount claimed: $0.00

*History:*

Details  🌐  178-1  07/30/2019 Claim #178 filed by AIG Property Casualty, Inc., Amount claimed: $0.00 (Burgagni, Dana)

*Description:* (178-1) Unliquidated

*Remarks:*

*Creditor:* (7572592) [History](#)
Dell Financial Services L.L.C.
DFS-Bankruptcy
P.O. Box 81577
Austin, TX 78708

**Claim No: 179**
*Original Filed Date*: 07/30/2019
*Original Entered Date*: 07/30/2019

*Status:*
*Filed by:* CR
*Entered by:* Sabrina L. Streusand
*Modified:*

Amount claimed: $206478.60

*History:*

[Details](#) [179-1](#) 07/30/2019 Claim #179 filed by Dell Financial Services L.L.C., Amount claimed: $206478.60 (Streusand, Sabrina)

*Description:* (179-1) Lease/Order Lifting Stay
*Remarks:*

---

*Creditor:* (7573780)
FPP Sandbox, LLC
Scott H. Siegel, Esq.
Levinson Arshonsky & Kurtz, LLP
15303 Ventura Blvd., Ste 1650
Sherman Oaks, CA 91403

**Claim No: 180**
*Original Filed Date*: 07/31/2019
*Original Entered Date*: 07/31/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

Amount claimed: $2095898.66

Secured claimed: $2095898.66

*History:*

[Details](#) [180-1](#) 07/31/2019 Claim #180 filed by FPP Sandbox, LLC, Amount claimed: $2095898.66 (Admin.)

*Description:*
*Remarks:*

---

*Creditor:* (7573809)
Fast Pay Partners LLC
Scott H. Siegel, Esq.
Levinson Arshonksy & Kurtz
15303 Ventura Blvd., Ste 1650
Sherman Oaks, CA 91403

**Claim No: 181**
*Original Filed Date*: 07/31/2019
*Original Entered Date*: 07/31/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

Amount claimed: $3129957.42

Secured claimed: $3129957.42

*History:*

[Details](#) [181-1](#) 07/31/2019 Claim #181 filed by Fast Pay Partners LLC, Amount claimed: $3129957.42 (Admin.)

*Description:*
*Remarks:*

---

*Creditor:* (7575548)
RICHARD LARRY TESSIER
18676 60A AVE
SURREY BC
V3W 7P4 CANADA

**Claim No: 182**
*Original Filed Date*: 08/02/2019
*Original Entered Date*: 08/02/2019

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

Amount claimed: $1650.00

*History:*

[Details](#) [182-1](#) 08/02/2019 Claim #182 filed by RICHARD LARRY TESSIER, Amount claimed: $1650.00 (Admin.)

*Description:*
*Remarks:*

*Creditor:*      (7575563)     **Claim No: 183**      *Status:*
Susan Tessier               *Original Filed Date:* 08/02/2019    *Filed by:* CR
18676 60A Ave            *Original Entered Date*: 08/02/2019    *Entered by:* Admin.
SURREY BC                 *Modified:*
V3W 7P4 CANADA

   Amount claimed: $275.00

*History:*

Details     183-1   08/02/2019 Claim #183 filed by Susan Tessier, Amount claimed: $275.00 (Admin.)

*Description:*
*Remarks:*


*Creditor:*      (7475810)     **Claim No: 184**      *Status:*
ANGELA ALLENSWORTH     *Original Filed Date:* 08/04/2019    *Filed by:* CR
2035 BAYOU DRIVE          *Original Entered Date*: 08/04/2019    *Entered by:* Admin.
NAVARRE, FL 32566         *Modified:*

   Amount claimed: $662.65

*History:*

Details     184-1   08/04/2019 Claim #184 filed by ANGELA ALLENSWORTH, Amount claimed: $662.65 (Admin.)

*Description:*
*Remarks:*


*Creditor:*      (7576406)     **Claim No: 185**      *Status:*
Kenneth I Staley sr           *Original Filed Date:* 08/05/2019    *Filed by:* CR
92 evergreen dr            *Original Entered Date*: 08/05/2019    *Entered by:* Admin.
Apt 143                  *Modified:*
East Providence, RI 02914

   Amount claimed: $1550.00

*History:*

Details     185-1   08/05/2019 Claim #185 filed by Kenneth I Staley sr, Amount claimed: $1550.00 (Admin.)

*Description:*
*Remarks:*


*Creditor:*      (7577280)     **Claim No: 186**      *Status:*
1586 Jaywin Circle          *Original Filed Date:* 08/07/2019    *Filed by:* CR
Ontario Canada            *Original Entered Date*: 08/07/2019    *Entered by:* Admin.
my postal code L1V2W4      *Modified:*
Pickering, CA 12345

   Amount claimed: $1600.00

*History:*

Details     186-1   08/07/2019 Claim #186 filed by 1586 Jaywin Circle, Amount claimed: $1600.00 (Admin.)

*Description:*
*Remarks:* (186-1) Filer Comment: around $1600.00 I do not know the exact total


*Creditor:*      (7476366)     **Claim No: 187**      *Status:*
ENRICO TAYLOR          *Original Filed Date:* 08/08/2019    *Filed by:* CR
8205 MIDWOOD AVE       *Original Entered Date*: 08/08/2019    *Entered by:* Admin.
BERKELY, MO 63134        *Modified:*
*History:*
Details     187-1   08/08/2019 Claim #187 filed by ENRICO TAYLOR, Amount claimed: $10000.00 (Admin.)

*Description:*
*Remarks:* (187-1) Filer Comment: RockYou Inc Fraudulently Acquired LittleThings Inc which owed me pay from January 2018 and February 2018. They destroyed my records as well as hundreds of other creditors and therefore this is my best guess.

  Amount claimed: $10000.00

  Priority  claimed: $10000.00

*History:*

Details    187-1  08/08/2019 Claim #187 filed by ENRICO TAYLOR, Amount claimed: $10000.00 (Admin.)

*Description:*

*Remarks:* (187-1) Filer Comment: RockYou Inc Fraudulently Acquired LittleThings Inc which owed me pay from January 2018 and February 2018. They destroyed my records as well as hundreds of other creditors and therefore this is my best guess.

| | | |
|---|---|---|
| *Creditor:*    (7549430) | **Claim No: 188** | *Status:* |
| Oracle America, Inc. | *Original Filed Date:* 08/08/2019 | *Filed by:* CR |
| c/o Amish R. Doshi, Esq. | *Original Entered Date*: 08/08/2019 | *Entered by:* Amish R. Doshi |
| Doshi Legal Group, P.C. | | *Modified:* |
| 1979 Marcus Avenue, Suite 210E | | |
| Lake Success, NY 11042 | | |

  Amount claimed: $15000.00

*History:*

Details    188-1  08/08/2019 Claim #188 filed by Oracle America, Inc., Amount claimed: $15000.00 (Doshi, Amish)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (7577657) | **Claim No: 189** | *Status:* |
| Verizon Media | *Original Filed Date:* 08/08/2019 | *Filed by:* CR |
| Attn. William M. Vermette | *Original Entered Date*: 08/08/2019 | *Entered by:* Admin. |
| Associate Gen. Counsel, Litigation - Bankruptcy | | *Modified:* |
| 22001 Loudoun County Parkway, E1-3-115 | | |
| Ashburn, VA 20147 | | |

  Amount claimed: $188935.65

*History:*

Details    189-1  08/08/2019 Claim #189 filed by Verizon Media, Amount claimed: $188935.65 (Admin.)

*Description:*

*Remarks:* (189-1) Account Number (last 4 digits):4AAF

| | | |
|---|---|---|
| *Creditor:*    (7577739) | **Claim No: 190** | *Status:* |
| Silicon Valley Bank | *Original Filed Date:* 08/08/2019 | *Filed by:* CR |
| 380 Interlocken Crescent | *Original Entered Date*: 08/08/2019 | *Entered by:* Admin. |
| Broomfield, CO 80021 | | *Modified:* |

  Amount  claimed: $80000.00

  Secured  claimed: $80000.00

*History:*

Details    190-1  08/08/2019 Claim #190 filed by Silicon Valley Bank, Amount claimed: $80000.00 (Admin.)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (7577757) | **Claim No: 191** | *Status:* |
| Whalerock Digital Media, LLC | *Original Filed Date:* 08/08/2019 | *Filed by:* CR |

c/o Whalerock Industries Holding
Company
Attn: Head of Legal
750 N. San Vicente Blvd., #900W
West Hollywood, CA 90069

       *Original Entered Date*: 08/08/2019        *Entered by:* Admin.
                                                    *Modified:*

 Amount claimed: $1507861.66

*History:*
[Details]   [191-1](#)   08/08/2019 Claim #191 filed by Whalerock Digital Media, LLC, Amount claimed: $1507861.66 (Admin.)

*Description:*
*Remarks:* (191-1) Filer Comment: See attached.

---

*Creditor:*      (7577761)           **Claim No: 192**              *Status:*
Huntington Technology Finance, Inc.      *Original Filed Date:* 08/08/2019     *Filed by:* CR
2285 Franklin Road                 *Original Entered Date*: 08/08/2019   *Entered by:* Admin.
Suite 100                                                          *Modified:*
Bloomfield Hills, MI 48236

 Amount  claimed: $151319.47
 Secured  claimed: $151319.47

*History:*
[Details]   [192-1](#)   08/08/2019 Claim #192 filed by Huntington Technology Finance, Inc., Amount claimed: $151319.47
                                    (Admin.)

*Description:*
*Remarks:*

---

*Creditor:*      (7477947)           **Claim No: 193**              *Status:*
TINA HOHMANN                    *Original Filed Date:* 08/08/2019     *Filed by:* CR
1428 ELGIN AVE                  *Original Entered Date*: 08/08/2019   *Entered by:* Karen Cappiello
FOREST PARK, IL 60130                                             *Modified:*

 Amount claimed: $102.50

*History:*
[Details]   [193-1](#)   08/08/2019 Claim #193 filed by TINA HOHMANN, Amount claimed: $102.50 (Cappiello, Karen)

*Description:*
*Remarks:*

---

*Creditor:*      (7577788)           **Claim No: 194**              *Status:*
Noreen Widder                     *Original Filed Date:* 08/08/2019     *Filed by:* CR
1281 Cook Rd.,                    *Original Entered Date*: 08/08/2019   *Entered by:* Admin.
Gatineau,                                                          *Modified:*
QC J9J 3P8 Canada

 Amount claimed: $1400.00

*History:*
[Details]   [194-1](#)   08/08/2019 Claim #194 filed by Noreen Widder, Amount claimed: $1400.00 (Admin.)

*Description:*
*Remarks:* (194-1) Account Number (last 4 digits):0453

---

*Creditor:*      (7577789)           **Claim No: 195**              *Status:*
Gerald Zieleman                    *Original Filed Date:* 08/08/2019     *Filed by:* CR
1281 Cook Rd.,

Gatineau, QC . J9J 3P8
Canada

*Original Entered Date*: 08/08/2019    *Entered by*: Admin.
*Modified*:

Amount claimed: $100.00

*History*:

Details   🔘   [195-1](#)   08/08/2019   Claim #195 filed by Gerald Zieleman, Amount claimed: $100.00 (Admin.)

*Description*:
*Remarks*: (195-1) Account Number (last 4 digits):0453

---

*Creditor*:   (7577790)
Kelly Lynn Kassay
6515 Delilah Road Lot 2038
Egg Harbor Township, NJ 08234-
08234

**Claim No: 196**
*Original Filed Date*: 08/09/2019
*Original Entered Date*: 08/09/2019

*Status*:
*Filed by*: CR
*Entered by*: Admin.
*Modified*:

Amount claimed: $900.00

*History*:

Details   🔘   [196-1](#)   08/09/2019   Claim #196 filed by Kelly Lynn Kassay, Amount claimed: $900.00 (Admin.)

*Description*:
*Remarks*:

---

*Creditor*:   (7578212)
Donald Parks
409 Mill Hollow Rd.
Las Vegas, NV 89107

**Claim No: 197**
*Original Filed Date*: 07/29/2019
*Original Entered Date*: 08/09/2019

*Status*:
*Filed by*: CR
*Entered by*: Kendra Harris
*Modified*:

Amount claimed: $190.00

*History*:

Details   🔘   [197-1](#)   07/29/2019   Claim #197 filed by Donald Parks, Amount claimed: $190.00 (Harris, Kendra)

*Description*:
*Remarks*:

---

*Creditor*:   (7476604)
JAMES COOPER
4935 W 13TH
WICHITA, KS 67212

**Claim No: 198**
*Original Filed Date*: 08/01/2019
*Original Entered Date*: 08/09/2019

*Status*:
*Filed by*: CR
*Entered by*: Kendra Harris
*Modified*:

Amount claimed: $300.00

*History*:

Details   🔘   [198-1](#)   08/01/2019   Claim #198 filed by JAMES COOPER, Amount claimed: $300.00 (Harris, Kendra)

*Description*:
*Remarks*:

---

*Creditor*:   (7578435)
CL Media Holdings LLC (dba Wild Sky
Media)
233 Broadway
13th Floor
New York, NY 10279
*No amounts claimed*

**Claim No: 199**
*Original Filed Date*: 08/09/2019
*Original Entered Date*: 08/09/2019

*Status*:
*Filed by*: CR
*Entered by*: Admin.
*Modified*:

*History*:

Details   🔘   [199-1](#)   08/09/2019   Claim #199 filed by CL Media Holdings LLC (dba Wild Sky Media), Amount claimed: (Admin.)

*Description*:
*Remarks*: (199-1) Filer Comment: See attached Addendum

*Creditor:*     (7531488)     **Claim No: 200**     *Status:*
katie m reliford     *Original Filed Date:* 08/09/2019     *Filed by:* CR
314 rosebud dr     *Original Entered Date*: 08/09/2019     *Entered by:* Admin.
apt 314     *Modified:*
natchitoches, MA 71457

  Amount claimed: $1337.00

*History:*

Details   ◉ 200-1  08/09/2019 Claim #200 filed by katie m reliford, Amount claimed: $1337.00 (Admin.)
*Description:*
*Remarks:*


*Creditor:*     (7476549)     **Claim No: 201**     *Status:*
HYO KIM     *Original Filed Date:* 08/09/2019     *Filed by:* CR
1575 KIOWA CREST DR     *Original Entered Date*: 08/09/2019     *Entered by:* Admin.
DIAMOND BAR, CA 91765     *Modified:*

  Amount claimed: $3000.00

*History:*

Details   ◉ 201-1  08/09/2019 Claim #201 filed by HYO KIM, Amount claimed: $3000.00 (Admin.)
*Description:*
*Remarks:*


*Creditor:*     (7578980)     **Claim No: 202**     *Status:*
Kilroy Realty 303, LLC     *Original Filed Date:* 08/09/2019     *Filed by:* CR
12200 West Olympic Boulevard, Suite 200  *Original Entered Date*: 08/09/2019     *Entered by:* Admin.
Los Angeles, CA 90064-1044     *Modified:*

  Amount claimed: $1801098.33
  Priority  claimed:  $611550.05

*History:*

Details   ◉ 202-1  08/09/2019 Claim #202 filed by Kilroy Realty 303, LLC, Amount claimed: $1801098.33 (Admin.)
*Description:*
*Remarks:*


*Creditor:*     (7579017)     **Claim No: 203**     *Status:*
Mary Ihkre     *Original Filed Date:* 08/10/2019     *Filed by:* CR
1171 fairview school rd     *Original Entered Date*: 08/10/2019     *Entered by:* Admin.
Blountville, TN 37617     *Modified:*

  Amount claimed: $1402.00

*History:*

Details   ◉ 203-1  08/10/2019 Claim #203 filed by Mary Ihkre, Amount claimed: $1402.00 (Admin.)
*Description:*
*Remarks:* (203-1) Account Number (last 4 digits):0453


*Creditor:*     (7476980)     **Claim No: 204**     *Status:*
LUBIN OLSON & NIEWIADOMSKI LLP     *Original Filed Date:* 08/12/2019     *Filed by:* CR
600 MONTGOMERY STREET 14TH     *Original Entered Date*: 08/12/2019     *Entered by:* Admin.
FLOOR     *Modified:*
SAN FRANCISCO, CA 94111

*History:*

Details   ◉ 204-1  08/12/2019 Claim #204 filed by LUBIN OLSON & NIEWIADOMSKI LLP, Amount claimed: $7742.00
          (Admin.)

*Description:*
*Remarks:*

Amount claimed: $7742.00

*History:*

Details   ⊙   [204-1](#) 08/12/2019 Claim #204 filed by LUBIN OLSON & NIEWIADOMSKI LLP, Amount claimed: $7742.00 (Admin.)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (7579516) | **Claim No: 205** | *Status:* |
| CBS Interactive Inc. | *Original Filed Date*: 08/08/2019 | *Filed by:* CR |
| c/o CBS Law Dept. | *Original Entered Date*: 08/12/2019 | *Entered by:* Kendra Harris |
| Attn: Helen D'Antona | | *Modified:* |
| 51 West 52nd Street | | |
| New York, NY 10019 | | |

Amount claimed: $64250.30

*History:*

Details   ⊙   [205-1](#) 08/08/2019 Claim #205 filed by CBS Interactive Inc., Amount claimed: $64250.30 (Harris, Kendra)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (7476418) | **Claim No: 206** | *Status:* |
| FLORIDA DEPARTMENT OF REVENUE | *Original Filed Date*: 08/14/2019 | *Filed by:* CR |
| P. O. BOX 6668 | *Original Entered Date*: 08/14/2019 | *Entered by:* April L. Long |
| TALLAHASSEE, FL 32314-6668 | | *Modified:* |

Amount claimed: $330.00

Priority claimed: $30.00

*History:*

Details   ⊙   [206-1](#) 08/14/2019 Claim #206 filed by FLORIDA DEPARTMENT OF REVENUE, Amount claimed: $330.00 (Long, April)

*Description:* (206-1) CORPORATE INCOME TAX claim

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (7476418) | **Claim No: 207** | *Status:* |
| FLORIDA DEPARTMENT OF REVENUE | *Original Filed Date*: 08/14/2019 | *Filed by:* CR |
| P. O. BOX 6668 | *Original Entered Date*: 08/14/2019 | *Entered by:* April L. Long |
| TALLAHASSEE, FL 32314-6668 | | *Modified:* |

Amount claimed: $286.44

Priority claimed: $11.44

*History:*

Details   ⊙   [207-1](#) 08/14/2019 Claim #207 filed by FLORIDA DEPARTMENT OF REVENUE, Amount claimed: $286.44 (Long, April)

*Description:* (207-1) REEMPLOYMENT TAX claim

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (7582051) | **Claim No: 208** | *Status:* |
| Leon Tuan | *Original Filed Date*: 08/12/2019 | *Filed by:* CR |
| Lubin Olson & Niewiadomski LLP | *Original Entered Date*: 08/16/2019 | *Entered by:* Kendra Harris |
| 600 Montgomery Street, 14th Floor | | *Modified:* |
| San Francisco, CA 94111 | | |

*History:*

Details   ⊙   [208-1](#) 08/12/2019 Claim #208 filed by Leon Tuan, Amount claimed: $7742.00 (Harris, Kendra)

*Description:*

*Remarks:*

Amount claimed: $7742.00

*History:*
Details    208-1   08/12/2019   Claim #208 filed by Leon Tuan, Amount claimed: $7742.00 (Harris, Kendra)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*   (7582111) | **Claim No: 209** | *Status:* |
| Danny Greer | *Original Filed Date*: 08/15/2019 | *Filed by:* CR |
| 3303 Windy Harbor Dr. | *Original Entered Date*: 08/16/2019 | *Entered by:* Kendra Harris |
| Austin, TX 78734 | | *Modified:* |

Amount claimed: $72.00

*History:*
Details    209-1   08/15/2019   Claim #209 filed by Danny Greer, Amount claimed: $72.00 (Harris, Kendra)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*   (7583376) | **Claim No: 210** | *Status:* |
| Clark County Assessor's Office | *Original Filed Date*: 08/20/2019 | *Filed by:* CR |
| Attn Bankruptcy Clerk | *Original Entered Date*: 08/20/2019 | *Entered by:* Admin. |
| 500 S Grand Central Pkwy 2nd FL | | *Modified:* |
| Las Vegas, NV 89155 | | |

Amount   claimed: $16936.94
Secured   claimed: $16936.94
Priority    claimed: $16936.94

*History:*
Details    210-1   08/20/2019   Claim #210 filed by Clark County Assessor's Office, Amount claimed: $16936.94 (Admin.)

*Description:*
*Remarks:* (210-1) Account Number (last 4 digits):2424

| | | |
|---|---|---|
| *Creditor:*   (7477291) | **Claim No: 211** | *Status:* |
| NY STATE DEPT OF TAXATION AND | *Original Filed Date*: 09/05/2019 | *Filed by:* CR |
| FINANCE | *Original Entered Date*: 09/05/2019 | *Entered by:* David M Pugliese |
| BANKRUPTCY SECTION | | *Modified:* |
| PO BOX 5300 | | |
| ALBANY, NY 12205-0300 | | |

Amount claimed: $50.00
Priority   claimed: $50.00

*History:*
Details    211-1   09/05/2019   Claim #211 filed by NY STATE DEPT OF TAXATION AND FINANCE, Amount claimed:
       $50.00 (Pugliese, David)

*Description:* (211-1) period of administrative expense tax liability
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*   (7591750) | **Claim No: 212** | *Status:* |
| Compass Group USA | *Original Filed Date*: 08/27/2019 | *Filed by:* CR |
| 2400 Yorkmont Rd | *Original Entered Date*: 09/06/2019 | *Entered by:* Kendra Harris |
| Charlotte, NC 28217 | | *Modified:* |

*History:*
Details    212-1   08/27/2019   Claim #212 filed by Compass Group USA, Amount claimed: $34038.91 (Harris, Kendra)

*Description:*
*Remarks:*

Amount claimed: $34038.91

*History:*

Details  ⊙  [212-1](#) 08/27/2019 Claim #212 filed by Compass Group USA, Amount claimed: $34038.91 (Harris, Kendra)

*Description:*

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:*    (7591753) | **Claim No: 213** | *Status:* |
| Linda R. Stoinski | *Original Filed Date:* 09/03/2019 | *Filed by:* CR |
| 1142 Comfort Cove Dr. | *Original Entered Date:* 09/06/2019 | *Entered by:* Kendra Harris |
| Machesney Pk, IL 61115 | | *Modified:* |

Amount claimed: $196.90

*History:*

Details  ⊙  [213-1](#) 09/03/2019 Claim #213 filed by Linda R. Stoinski, Amount claimed: $196.90 (Harris, Kendra)

*Description:*

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:*    (7597759) | **Claim No: 214** | *Status:* |
| state of nj division of taxation | *Original Filed Date:* 09/19/2019 | *Filed by:* CR |
| 50 barrack street | *Original Entered Date:* 09/19/2019 | *Entered by:* Admin. |
| PO BOX 245 | | *Modified:* |
| trenton, NJ 08695-0245 | | |

Amount claimed: $14000.00

Priority  claimed:   $8000.00

*History:*

Details  ⊙  [214-1](#) 09/19/2019 Claim #214 filed by state of nj division of taxation, Amount claimed: $14000.00 (Admin.)

*Description:*

*Remarks:* (214-1) Account Number (last 4 digits):3260

---

| | | |
|---|---|---|
| *Creditor:*    (7598145) | **Claim No: 215** | *Status:* |
| PATRICIA GAZDZICKI | *Original Filed Date:* 09/16/2019 | *Filed by:* CR |
| 327 ALDEN LN | *Original Entered Date:* 09/20/2019 | *Entered by:* Kendra Harris |
| SCHAUMBURG, IL 60194 | | *Modified:* |

Amount claimed: $135.45

*History:*

Details  ⊙  [215-1](#) 09/16/2019 Claim #215 filed by PATRICIA GAZDZICKI, Amount claimed: $135.45 (Harris, Kendra)

*Description:*

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:*    (7598151) | **Claim No: 216** | *Status:* |
| STAPLES/TOM RIGGLEMAN | *Original Filed Date:* 09/18/2019 | *Filed by:* CR |
| 7 TECHNOLOGY CIRCLE | *Original Entered Date:* 09/20/2019 | *Entered by:* Kendra Harris |
| COLUMBIA, SC 29203 | | *Modified:* |

Amount claimed: $3080.02

*History:*

Details  ⊙  [216-1](#) 09/18/2019 Claim #216 filed by STAPLES/TOM RIGGLEMAN, Amount claimed: $3080.02 (Harris, Kendra)

*Description:*

*Remarks:*

*Creditor:*      (7665004)
City & County of San Francisco Tax
Collector
Bureau of Delinquent Revenue
PO Box 7027
San Francisco, CA 94120-7027

  Amount claimed: $244482.54

  Priority  claimed: $244482.54

**Claim No: 217**
*Original Filed Date*: 01/13/2020
*Original Entered Date*: 01/13/2020

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

*History:*

  Details    217-1   01/13/2020  Claim #217 filed by City & County of San Francisco Tax Collector, Amount claimed: $244482.54 (Admin.)

*Description:*

*Remarks:* (217-1) Account Number (last 4 digits):3260

---

*Creditor:*      (7665004)
City & County of San Francisco Tax
Collector
Bureau of Delinquent Revenue
PO Box 7027
San Francisco, CA 94120-7027

  Amount claimed: $13213.12

  Priority  claimed: $13213.12

**Claim No: 218**
*Original Filed Date*: 01/13/2020
*Original Entered Date*: 01/13/2020

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

*History:*

  Details    218-1   01/13/2020  Claim #218 filed by City & County of San Francisco Tax Collector, Amount claimed: $13213.12 (Admin.)

*Description:*

*Remarks:* (218-1) Account Number (last 4 digits):3260

---

*Creditor:*      (7677588)
William R. Plue
6685 Cheam Place
Vancouver, BC

  Amount claimed: $500.00

**Claim No: 219**
*Original Filed Date*: 07/17/2019
*Original Entered Date*: 02/07/2020

*Status:*
*Filed by:* CR
*Entered by:* Kendra Harris
*Modified:*

*History:*

  Details    219-1   07/17/2019  Claim #219 filed by William R. Plue, Amount claimed: $500.00 (Harris, Kendra)

*Description:*

*Remarks:*

---

*Creditor:*      (7762855)
Public Storage
701 Western Avenue
Glendale, CA 91201

  Amount  claimed: $24336.00

  Secured  claimed: $24336.00

**Claim No: 220**
*Original Filed Date*: 09/25/2020
*Original Entered Date*: 09/25/2020

*Status:*
*Filed by:* CR
*Entered by:* Admin.
*Modified:*

*History:*

  Details    220-1   09/25/2020  Claim #220 filed by Public Storage, Amount claimed: $24336.00 (Admin.)

*Description:*

*Remarks:* (220-1) Account Number (last 4 digits):1874

*Creditor:*          (7477498)              **Claim No: 221**                    *Status:*
RICHARD BAYARD                               *Original Filed Date:* 04/29/2021      *Filed by:* CR
40637 LELA MAY AVE                           *Original Entered Date*: 04/29/2021    *Entered by:* Admin.
HEMET, CA 92544                                                                    *Modified:*

  Amount claimed: $995.00

*History:*

  [Details]   ⚲  [221-1]  04/29/2021 Claim #221 filed by RICHARD BAYARD, Amount claimed: $995.00 (Admin.)

*Description:*
*Remarks:*

# Claims Register Summary

**Case Name:** RockYou, Inc.
**Case Number:** 19-10453-scc
**Chapter:** 7
**Date Filed:** 02/13/2019
**Total Number Of Claims:** 221

| | |
|---|---|
| **Total Amount Claimed\*** | $23073294.15 |
| **Total Amount Allowed\*** | |

*\*Includes general unsecured claims*

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $12073399.49 | |
| **Priority** | $964193.69 | |
| **Administrative** | | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/21/2021 11:33:51 | | | |
| **PACER Login:** | jeffreychubak | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 19-10453-scc Filed or Entered From: 1/1/1900 Filed or Entered To: 6/21/2021 |
| **Billable Pages:** | 17 | **Cost:** | 1.70 |