UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ROCKYOU, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 19-10453 (SCC) |

**ORDER GRANTING FINAL APPLICATION OF AMINI LLC, SPECIAL LITIGATION COUNSEL TO THE TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the final application ("Application") of Amini LLC, special litigation counsel to Salvatore LaMonica, as Chapter 7 Trustee, for allowance of compensation for services rendered from October 5, 2020- July 16, 2021 and reimbursement of actual, necessary expenses incurred during said period, pursuant to Bankruptcy Code sections 328 and 330;[1] and due and proper notice having been given pursuant to Rule 2002(a)(6) and (c)(2); and due consideration having been given to any papers filed in response thereto; and sufficient cause having been shown therefor, it is hereby;

ORDERED, that the Application is approved and granted to the extent set forth in the annexed Schedules; and, it is further

ORDERED**,** upon entry of this Order, the Trustee is authorized to pay to Applicant the sum of $135,168.15, which represents 80% of the Fee Request and 100% of the Expense Request of $3,119.43; and, it is further

ORDERED, that upon the conclusion of the case, the Trustee is authorized to pay the 20% Holdback of $33,792.04 upon the conclusion of the case; and, it is further

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

ORDERED, that the Trustee is authorized to do such things, pay such awards and execute such documents as may be necessary to implement the terms and conditions of this Order.

ORDERED, that this Court shall retain jurisdiction over any and all issues arising from or related to the interpretation or implementation of this Order.

Dated: New York, New York
____________, 2021

________________________________
Honorable Shelley C. Chapman
United States Bankruptcy Judge

Case No.: 19-10453 (SCC)
Case Name: RockYou, Inc.

**FINAL FEE PERIOD**
**October 5, 2020-July 16, 2021**

**Schedule A**

| (1) Applicant | (2) Date/Doc. # of Application | (3) Interim Fees Requested | (4) Fees Allowed | (5) Fees to be Paid for Upon Entry of the Order | (6) Fees to be Paid for Prior Fee Period(s) (if any) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Amini LLC | 9/1/2021; Doc. #168 | $168,960.19 | $168,960.19 | $135,168.15 | $0.00 | $168,960.19 | $3,119.43 | $3,119.43 |

Date on which order was signed:
_______________, 2021

Initials: ____ USBJ

Case No.: 19-10453 (SCC)
Case Name: RockYou, Inc.

**FINAL FEE APPLICATION TOTALS**
**October 5, 2020- July 16, 2021**

**Schedule B**

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Allowed | (4) Total Expenses Requested | (5) Total Expenses Allowed |
|---|---|---|---|---|
| Amini LLC | $168,960.19 | $168,960.19 | $3,119.43 | $3,119.43 |

Date on which order was signed:
_______________, 2021

Initials: ____ USBJ