| | |
|---|---|
| LaMonica Herbst & Maniscalco, LLP<br>3305 Jerusalem Avenue, Suite 201<br>Wantagh, New York 11793<br>Jacqulyn S. Loftin, Esq.<br>Telephone (516) 826-6500<br>*Counsel for Salvatore LaMonica, Trustee* | Hearing Date: January 4, 2022 at 10:00 a.m.<br>Objections Due: December 28, 2021 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| ROCKYOU, INC., | Case No.: 19-10453 (SCC) |
| Debtor. | |

------------------------------------------------------------x

## NOTICE OF HEARING TO CONSIDER THE FINAL APPLICATION OF AMINI LLC, SPECIAL LITIGATION COUNSEL TO THE TRUSTEE FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

**PLEASE TAKE NOTICE** that a telephonic hearing (the "Hearing") will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408, on January 4, 2022 at 10:00 a.m., or as soon thereafter as counsel can be heard, to consider the below listed final application (the "Application") for allowance of compensation and reimbursement of expenses for Amini LLC, Special Litigation Counsel to Salvatore LaMonica, solely in his capacity as the Chapter 7 Trustee of the bankruptcy estate of Rockyou, Inc. (the "Debtor"). The Application is on file with the Clerk of the Bankruptcy Court and may be examined during normal business hours or upon request made in writing to the undersigned.

| | | | |
|---|---|---|---|
| **Amini LLC** | | | |
| *Special Litigation Counsel for the Trustee* | Final Fees: | $ | 168,960.19[1] |
| <u>*Final Application*</u> | Final Expenses: | $ | 3,119.43 |
| [October 5, 2021 – July 16, 2021] | | | |

---

[1] At the request of the Office of the United States Trustee, Applicant has agreed to receive payment of $135,168.15, which represents 80% of the compensation request and 100% of the expenses request of $3,119.43 with the 20% holdback of $33,792.04 (the "<u>Holdback</u>") to be paid to Applicant by the Trustee upon the conclusion of the case.

**PLEASE TAKE FURTHER NOTICE** that pursuant to General Order M-543 (available on the Court's Website at http://www.nysb.uscourts.gov/news/general-order-m-543-court-operations-under-exigentcircumstances-created-covid-19), the Hearing will be conducted telephonically pending further order of the Bankruptcy Court. Unless the Bankruptcy Court provides otherwise, parties wishing to participate in the Hearing telephonically must register with Court Solutions LLC. Information on how to register with Court Solutions LLC can be found in General Order M-543. All attorneys, witnesses and parties wishing to appear at, or attend, the Hearing must also refer to the Court's guidelines for telephonic appearances, which is available on the Court's Website at https://www.nysb.uscourts.gov/content/judge-shelley-c-chapman

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application must (i) be in writing, (ii) comply with the Federal Rules of Bankruptcy Procedure, (iii) set forth the factual and legal basis for the objections, (iv) Parties must provide a copy of every pleading, with exhibits, to Chambers at the time of filing and service. Copies of all pleadings should be emailed to Chambers at scc.chambers@nysb.uscourts.gov and should not be sent in hard copy unless otherwise instructed by Chambers, and (v) be served so as to be received by the applicant, Amini LLC, Attn: Avery Samet, Esq., at 131 West 35th Street, 12th Floor, New York, New York 10001, who is the subject of the objection and LaMonica Herbst & Maniscalco, LLP, counsel to the Trustee, 3305 Jerusalem Avenue, Wantagh, New York 11793 Attn: Jacqulyn S. Loftin, Esq., so as to be received no later than seven (7) days prior to the Hearing.

Dated: Wantagh, New York
December 2, 2021

                                                   Respectfully submitted,

                                                  **LAMONICA HERBST & MANISCALCO, LLP**
                                                  Counsel for Salvatore LaMonica, Trustee

By:    *s/ Jacqulyn S. Loftin*
          Jacqulyn S. Loftin, Esq.
          3305 Jerusalem Avenue, Suite 201
          Wantagh, New York 11793
          (516) 826-6500