UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 7 |
| ROCKYOU, INC., | Case No. 19-10453 (SCC) |
| Debtor. | |

## NOTIC OF CANCELLATION OF HEARING

PLEASE TAKE NOTICE, that the hearing on the Application for Final Professional Compensation of Amini LLC, Special Litigation Counsel to the Trustee (ECF Doc. #171), previously scheduled for January 4, 2022, at 10:00 a.m., has been cancelled.

Dated: New York, New York
       January 3, 2022

AMINI LLC

/s/ Avery Samet
Avery Samet
Jeffrey Chubak
131 West 35th Street, 12th Floor
New York, New York 10001
Tel: (212) 490-4700
asamet@aminillc.com
jchubak@aminillc.com
*Special Litigation Counsel for Salvatore LaMonica, as Chapter 7 Trustee*